**McCARTER & ENGLISH, LLP**
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 17102
Attorney for Defendants
Physicians Health Services, Inc. and
Physicians Health Services of New
Jersey, Inc.
KG – 1349

FILED
SEP 25 2001
AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

RECEIVED
SEP 25 2001
AT 8:30..................M
WILLIAM T. WALSH, CLERK

## IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV WACHTEL and LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL, <br><br> Plaintiffs, <br><br> v. <br><br> GUARDIAN LIFE INSURANCE CO. OF AMERICA, PHYSICIANS HEALTH SERVICES, INC., and PHYSICIANS HEALTH SERVICES OF NEW JERSEY, INC. <br><br> Defendants. | Docket No. 2:01-cv-4183 (FSH) <br><br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**TO:**   Barry M. Epstein, Esq.
Sills Cummis Radin Tischman
 Epstein & Gross, PA
One Riverfront Plaza
Newark, New Jersey 07102
Attorneys for Plaintiffs

Peter J. Heck, Esq.
Del Mauro, DiGiaimo & Knepper, P.C.
8 Headquarters Plaza, North Tower
Morristown, New Jersey 07960
Attorneys for Defendant
Guardian Life Insurance Company of America

**COUNSEL:**

**PLEASE TAKE NOTICE** that on October 22, 2001, at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Physicians Health Services, Inc. and Physicians Health Services of New Jersey, Inc. (collectively "PHS") shall apply to the United States District Court for the District of New Jersey, at the United States Post Office & Courthouse Building, Federal Square, Newark, New Jersey 07101, before the Honorable Faith S. Hochberg, U.S.D.J., for an Order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that we shall rely on the Brief submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that we respectfully request oral argument.

> McCARTER & ENGLISH, LLP
> Attorneys for Defendants
> Physicians Health Services, Inc. and
> Physicians Health Services of New
> Jersey, Inc.
>
> By: *Katie A. Gummer*
> Katie A. Gummer
> A Member of the Firm

DATED: September 25, 2001

2

McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 17102
Attorney for Defendants
Physicians Health Services, Inc. and
Physicians Health Services of New
Jersey, Inc.
KG – 1349

## IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ZEV WACHTEL and LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL,<br><br>Plaintiffs,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE CO. OF AMERICA, PHYSICIANS HEALTH SERVICES, INC., and PHYSICIANS HEALTH SERVICES OF NEW JERSEY, INC.<br><br>Defendants. | Docket No. 2:01-cv-4183 (FSH)<br><br><br><br>**CERTIFICATION OF SERVICE** |

ANTHONY F. YACULLO, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and am an associate of the firm of McCarter & English, LLP, attorneys for defendants Physicians Health Services, Inc. and Physicians Health Services of New Jersey, Inc. (collectively "PHS") in this case. I am fully familiar with the facts set forth herein.

2. On September 25, 2001, I caused a true and correct copy of PHS's Notice of Motion to Dismiss, Brief in Support of the Motion to Dismiss, and a Proposed Order, to be served by facsimile and certified mail to:

Barry M. Epstein, Esq.
Sills Cummis Radin Tischman
Epstein & Gross, PA
One Riverfront Plaza
Newark, New Jersey 07102
Attorneys for Plaintiffs

Peter J. Heck, Esq.
Del Mauro, DiGiaimo & Knepper, P.C.
8 Headquarters Plaza, North Tower
Morristown, New Jersey 07960
Attorneys for Defendant
Guardian Life Insurance Company of America

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
Anthony F. Yacullo

Dated: September 25, 2001