UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Office: Newark

Proceeding Date: 10/22/01

Judge : Hochberg

Returnable Date: 10/22/01

Court Reporter: _____
Other (s) : _____
_____

Motion Filed : 09/25/01

Title of Case:

Docket # 2-01-cv-04183
Arbitration--Yes__ No_X_

    WACHTEL, Et al v. GUARDIAN LIFE INSUR, Et al

Appearances:

    (pla) ZEV WACHTEL
        -atty(s) BARRY M EPSTEIN
            of SILLS CUMMIS RADIN TISCHMAN EPSTEIN & GR

    (dft) GUARDIAN LIFE INSUR
        -atty(s) PETER J. HECK
            of DEL MAURO, DIGIAIMO & KNEPPER, PC

    (dft) PHYSICIANS HEALTH
        -atty(s) KATIE A. GUMMER
            of MCCARTER & ENGLISH

    (dft) PHYSICIANS HEALTH S
        -atty(s) KATIE A. GUMMER
            of MCCARTER & ENGLISH

FILED
OCT 2 2 2001
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Nature of Proceedings:

    Notice of MOTION |to dismiss| by PHYSICIANS HEALTH,
PHYSICIANS HEALTH SE, |Motion set for 10/22/01 on [7-1]
motion| w/certsvc. (Brief/PO Subm)

Adjourned To:_____   Time Commenced:_____   Time Adjourned:_____

                                                                             Deputy Clerk

Disposition: *Rule 78.*