FILED
NOV 21 2001
AT 8:30 M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV WACHTEL and LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL,<br><br>Plaintiffs,<br><br>-against-<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, PHYSICIANS HEALTH SERVICES, INC. and PHYSICIANS HEALTH SERVICES OF NEW JERSEY, INC.<br><br>Defendants. | Civil Action No.: 2:01-cv-4183 (FSH)<br><br>CONSENT ORDER<br><br>ENTERED ON THE DOCKET<br>NOV 27 2001<br>WILLIAM T. WALSH, CLERK<br>By_____<br>(Deputy Clerk) |

THIS MATTER having been brought before the Court by Defendants Physicians Health Services, Inc. and Physicians Health Services of New Jersey, Inc., (collectively, "PHS") via their counsel, McCarter & English, LLP, Defendants PHS and Guardian Life Insurance Company of America, by its counsel, DelMauro, DiGiamo & Knepper, P.C., and Plaintiffs Zev and Linda Wachtel, via their counsel, Sills Cummis Radin Tischman Epstein & Gross, P.A., agree that the motion to dismiss the complaint filed by defendant PHS has been withdrawn by Defendants because Plaintiffs have agreed to file an amended complaint that will raise exclusively federal law claims under 29 U.S.C. § 1001 et seq. ("ERISA"); and because Plaintiffs are filing an amended Complaint, Defendants are not required to answer or otherwise move regarding Plaintiffs' initial state law complaint.

IT IS on this 20 day of November, 2001,

ORDERED that Defendant PHS' motion to dismiss the complaint is hereby withdrawn.

FAITH S. HOCHBERG, U.S.D.J.

We hereby consent to the form
and entry of the foregoing Order:

    SILLS CUMMIS RADIN TISCHMAN
     EPSTEIN & GROSS, P.A.
    One Riverfront Plaza
    Newark, N.J. 07102
    (973)643-7000
    Attorneys for Plaintiffs

By: _____
        Barry M. Epstein

    DEL MAURO, DIGIAMO & KNEPPER, P.C.
    8 Headquarters Plaza
    North Tower
    Morristown, NJ 07960
    (973)292-2277
    Counsel for Defendant Guardian Life

By: _____
        Peter J. Heck

    MCCARTER & ENGLISH, LLP
    Four Gateway Center
    100 Mulberry Street
    P.O. Box 652
    Newark, NJ 07101-0652
    (973)622-4444
    Counsel for Defendant PHS

By: _____
        Katie A. Gummer

_____
FAITH S. HOCHBERG, U.S.D.J.

We hereby consent to the form
and entry of the foregoing Order:

> SILLS CUMMIS RADIN TISCHMAN
>   EPSTEIN & GROSS, P.A.
> One Riverfront Plaza
> Newark, N.J. 07102
> (973)643-7000
> Attorneys for Plaintiffs
>
> By: _____
>         Barry M. Epstein
>
> DEL MAURO, DIGIAMO & KNEPPER, P.C.
> 8 Headquarters Plaza
> North Tower
> Morristown, NJ 07960
> (973)292-2277
> Counsel for Defendant Guardian Life
>
> By: _____
>         Peter J. Heck
>
> MCCARTER & ENGLISH, LLP
> Four Gateway Center
> 100 Mulberry Street
> P.O. Box 652
> Newark, NJ 07101-0652
> (973)622-4444
> Counsel for Defendant PHS
>
> By: _____
>         Katie A. Gummer

*[Signature]*

FAITH S. HOCHBERG, U.S.D.J.

We hereby consent to the form
and entry of the foregoing Order:

SILLS CUMMIS RADIN TISCHMAN
  EPSTEIN & GROSS, P.A.
One Riverfront Plaza
Newark, N.J. 07102
(973)643-7000
Attorneys for Plaintiffs

By: _____
        Barry M. Epstein

DEL MAURO, DIGIAMO & KNEPPER, P.C.
8 Headquarters Plaza
North Tower
Morristown, NJ 07960
(973)292-2277
Counsel for Defendant Guardian Life

By: _____
        Peter J. Heck

MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
(973)622-4444
Counsel for Defendant PHS

By: *[Signature]*
        Katie A. Gummer