**McCARTER & ENGLISH, LLP**
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 17102
Attorney for Defendants
Physicians Health Services, Inc. and
  Physicians Health Services of New Jersey, Inc.
CLH - 3378



FILED

APR 25 2002

AT 8:30
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ZEV WACHTEL and LINDA WACHTEL,
individually and on behalf of their minor son,
TORY WACHTEL,

                        Plaintiffs,

            v.

GUARDIAN LIFE INSURANCE CO. OF
AMERICA, PHYSICIANS HEALTH SERVICES,
INC., and PHYSICIANS HEALTH SERVICES
OF NEW JERSEY, INC.

                        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Docket No. 2:01-cv-4183 (FSH)

Date of Argument:  May 28, 2002

**AFFIDAVIT OF
CHRISTINE L. HAUS**

STATE OF NEW JERSEY)
                                    ) ss.
COUNTY OF ESSEX    )

    **CHRISTINE L. HAUS**, of full age, being duly sworn according to law, upon his oath

deposes and says:

            1.      I am an associate at the law firm of McCarter & English, LLP and am admitted

to practice before this Court.  This firm represents the above named defendants Physicians Health

Services, Inc. and Physicians Health Services of New Jersey, Inc., in this action.

2.      I respectfully submit this affidavit to verify the authenticity of the Plan

documents referenced in the original Complaint, and its amended version.

3.      Attached hereto as Exhibit A is a true and accurate copy of plaintiffs' PHS

Group Health Plan Member Materials.


_Christine L. Haus_
Christine L. Haus


Sworn and subscribed to before
me this 25th day of April, 2002.

_Brenda C. Sherman_
Notary Public

BRENDA C. SHERMAN
A Notary Public of New Jersey
My Commission Expires June 12, 2002









Important

Information

About Your

Health Plan









GUARDIAN | phs health plans
A HEALTH NET COMPANY

MEMBER MATERIALS

     One Far Mill Crossing ■ P.O. Box 904 ■ Shelton, CT 06484-0944 ■ www.health.net

GUARDIAN    Health Net

# Welcome to Healthcare Solutions

Dear Member,

We appreciate the confidence you've expressed in us by choosing Healthcare Solutions, from Guardian and Health Net, formerly PHS Health Plans. In the coming months, we'll work to provide you with the best service possible.

Your member ID card(s) were already mailed under separate cover. Please present your card each time you seek medical treatment and, if you have a Healthcare Solutions pharmacy plan, when you fill a covered prescription.

This Member Guide contains important information about using your health benefits. Inside you will find:

- Your Subscriber Agreement or Evidence of Coverage*, and any applicable amendments* and riders*;
  *(Attention New York point-of-service members:* Your Summary Plan Document* will be issued by Guardian, and will be mailed under separate cover in the next few weeks.)
- A member handbook, which explains how to use the plan, plus information on how to access the Health Net program; and
- Information about accessing your prescription drug coverage, if applicable.

Please review this guide and then put it in a convenient place for future reference.

There may also be a survey enclosed. The survey is placed in randomly selected Member Guides to help us determine whether the information provided is useful and understandable to our members. If a survey is enclosed at the front of your booklet, please take a couple of minutes to complete it and then return it to us. Your anonymous answers will be tabulated with other responses, analyzed and used to enhance the member materials we create in the future.

If you have any questions, please call our toll-free customer service number on your member ID card. Service representatives are available Monday through Friday, 8 a.m. to 6 p.m. You can also e-mail your questions to *member@ne.health.net.*

To find out if a physician or provider participates with Health Net, you can use our searchable physician/provider directory on our web site (*www.health.net*). You can also call the Interactive Provider Directory line (800)-686-9847 to have a list of the 100 closest providers faxed or mailed to you.

Again, thank you for choosing Healthcare Solutions.

Respectfully,

Kate Longworth-Gentry
Senior Vice President, Customer and Provider Call Unit

* subject to regulatory approval

# Understanding Your ID Card

This is a sample of the information that appears on a typical new Healthcare Solutions, from Guardian and Health Net, formerly PHS Health Plans™, ID card. Certain plans feature additional types of co-payments.

A new ID card will be automatically sent to you when:
- A new member enrolls on your policy
- A member on your policy changes his or her name
- A dependent is added or deleted from your policy

1. **Contract:** This is the name of your Healthcare Solutions contract and indicates the set of benefits for which you are eligible. Depending on your benefit contract, this description may vary.
2. **Co-payment:** The dollar amount indicates the co-payment that will be required at the time of service from a participating physician and provider.
3. **Copay Schedule:** This code assists participating physicians and providers in identifying the co-payments that you must pay when receiving services.
4. **Subscriber:** This is the name of the person who is the policy holder.
5. **Riders:** The codes refer to any additional coverage provided by the member's plan.
6. **ID #:** This is the subscriber's Social Security number. This number, along with the two-digit code that appears next to your name, is used to identify you as an eligible member.
7. **Billing Code:** This identifies the specific Healthcare Solutions member.
8. **Advance Rx:** If you have prescription coverage with Healthcare Solutions, this vendor is responsible for paying your prescription claims. (You will receive a new ID card if the pharmacy vendor changes.)
9. **Name:** Identifies the subscriber and eligible members.
10. **Footnote:** An asterisk preceding a member's first name indicates that another health plan is the primary insurer for that individual.
11. **Referral Required: No:** Your plan does not require a referral from your primary care physician (PCP) to see a participating specialist.



In the Northeast, coverage is provided by subsidiaries of Health Net of the Northeast, Inc. and QualMed Plans for Health, Inc.

# How Your Plan Works

## Select Your Primary Care Physician

Your first responsibility as a Healthcare Solutions member is to select a *primary care physician (PCP)* from the our physician and provider directory. Your PCP is your regular doctor and is there to help keep you healthy. Each eligible member of your family can choose his or her own PCP, or you can choose one PCP to handle your whole family. A PCP can be an internist, family or general practice physician, an obstetrician/gynecologist or a pediatrician for your children.

To see whether a physician or provider participates in our network, or to check the location and phone number of a network specialist, hospital or urgent care center, you can:

- Refer to our physician and provider directory;
- Call the customer service number on your Healthcare Solutions ID card. The customer service department also can provide you with information regarding professional qualifications and credentials;
- Visit our web site at *www.health.net* for the latest information on participating physicians and providers;
- Call the Interactive Provider Directory system toll-free at **(800) 686-9847** for a personalized list of local participating physicians and providers that can be faxed to you immediately or mailed to your home - just by using a touch-tone phone.

Although as a member in the Charter plan you are not required to obtain a referral from your PCP to see a specialist, we recommend that you always consult your PCP first. Your PCP knows your medical history best and is the most appropriate person to help coordinate all of your health care needs. Please note that a PCP is someone you can call at any time. All offices have answering services that can immediately contact your PCP or another physician who is on call should you have a health concern after office hours.

If you are not sure whether your concern warrants a call to your PCP, you can call our Personal Health Advisor 24 hours a day, seven days a week at **(800) 219-5326**. A registered nurse will assess your symptoms and assist you in determining the appropriate level of care.

Whenever you call your physician's office, be sure to identify yourself as a Healthcare Solutions member. Check your ID card for the office co-payment that may be required at the time of your visit. In most cases, you will not receive a bill for services from participating physicians and providers.

## Changing Your PCP

A good relationship with your doctor develops over time, so it's not a good idea to change your PCP frequently. However, if you or any of your eligible dependents need to change a PCP for any reason, call or write to our customer service department to advise us of the name of the new doctor. Your change will be effective immediately. If your PCP terminates from our network for any reason, you will receive notification from us approximately 30 days before the date of termination, and you will be asked to choose another PCP.

## Covered Services

We cover necessary preventive health care. This also includes physical exams, well baby care, immunizations, family planning services and clinical laboratory and radiology testing. Please refer to your plan documents for a more detailed explanation of covered preventive services. These covered services may have maximum benefit limits or a co-payment.

To be considered a covered service, all services and supplies must be: 1) expressly set forth as a covered service in the plan documents or an amendatory rider and 2) for certain covered services, must have received prior authorization from Healthcare Solutions.

## Medical Services

We also provide benefits for certain medically necessary and appropriate services. You are entitled to discuss all treatment options with your practitioner, including noncovered services or experimental treatments. If we determines that the service were not medically necessary or appropriate, the claim will be denied. Please refer to your plan documents for a more detailed explanation of medical services.

## Medically Necessary Defined

Medically necessary services include health care services or supplies, including the prevention, diagnosis or treatment of a medical condition. Services must also meet all of the following requirements and must not be excluded or limited by your plan documents:

- Services that are appropriate for and consistent with the symptoms and proper diagnosis or treatment of the member's illness, injury, disease or condition;
- Services provided for the diagnosis or the direct care and treatment of the member's illness, injury, disease or condition;
- Services that are not primarily for the convenience of the member or anyone else;
- Services that meet the standards of good medical practice within the organized medical community;
- Services that are neither experimental nor investigational;
- Services that meet the most appropriate supply or level of service that can safely be provided (For hospital stays, this means that acute care as an inpatient is necessary due to the type of covered services a member is receiving or the severity of the member's condition, and adequate care cannot be received as an outpatient or in a less intensive medical setting.)

## Specialty Care

As a Healthcare Solutions member, you may request access to a specialist to coordinate your care or access to a specialty care center if you have a life-threatening or degenerative and disabling condition or disease which requires specialized medical care over a prolonged period of time. Specialty care may be accessed in accordance with the terms of your plan documents. For more information, please call the customer number on your ID card.

SLS196-00
HCS CharterPOS

rev. 05/01
MH_1006

# Charter Point-of-Service (POS) Plan

the Charter Point-of-Service (POS) plan, you decide each time you seek medical care whether you want to use a
rticipating or nonparticipating physician and provider. You may stay in-network and receive maximum benefits, or
out-of-network and be subject to deductible, coinsurance, usual, customary and reasonable (UCR) charge
litations, and claim forms. When you use covered out-of-network services, you are also responsible for obtaining
or authorization for inpatient admissions, outpatient surgery and other designated services.

you are unsure whether a physician or provider participates with Healthcare Solutions, you can:

   Refer to our physician and provider directory;
   Call the customer service number on your ID card;
   Visit our web site at www.health.net;
   Call our Interactive Provider Directory system at **(800) 686-9847** for a personalized list of local participating
   physicians and providers that can be faxed or mailed to you - just by using a tone-tone phone.

our choice of a participating or nonparticipating physician and provider affects your level of coverage. Please see the
llowing comparison:

## n-Network

you receive covered services from your PCP or from a participating specialist, you are eligible for in-network
enefits. This means your coverage has:

- No deductible
- No coinsurance
- No claim forms to complete
- Full coverage, less your co-payment responsibility
- Preventive services

## Out-of-Network

if you receive covered services from a nonparticipating physician or provider, you are eligible for out-of-network
benefits.* In these situations, you are responsible for:

- Deductible
- Coinsurance
- The difference between the physician's or provider's billed amount and the UCR
- Submitting medical claim forms
- Payment for some preventive services**
- Obtaining prior authorization for inpatient admissions, outpatient surgery and other designated services
- \* Except in cases of true medical emergency
- \*\* Please refer to your plan documents for specific details of your plan's coverage or call our customer service
  department.

The Charter POS plan provides benefits for covered services whether you use participating or nonparticipating physicians and providers. However, by using participating physicians and providers for your care, you can significantly reduce your expenses. Please see below for an illustration.

Here is an example of what the difference in cost can be for a member with a $300 individual deductible and 80/20 coinsurance when elective outpatient surgery is done out-of-network rather than in-network. In-network costs may be as little as $0 if there is no co-payment.

**Out-of-network costs for a $2,500 procedure would be:**

| | |
|---|---|
| Provider's Billed Amount | $2,500 |
| Allowable Amount (UCR) | - $2,000 |
| Difference in UCR | $ 500 |
| (Member is responsible for this charge) | |

| | |
|---|---|
| Allowable Amount (UCR) | $2,000 |
| Applicable Plan Deductible | - $ 300 |
| Subtotal | $1,700 |
| Applicable Plan Coinsurance | X   80% |
| Health Net Payment | $1,360 |
| Member's responsibility | $ 340 |

**Member Cost Summary:**

| | |
|---|---|
| Difference in UCR | $ 500 |
| Deductible | $ 300 |
| Coinsurance | + $ 340 |
| Member's Total Cost | $1,140 |

Please refer to your plan documents for a complete, detailed description of in-network and out-of-network benefits, including limitations and exclusions.

## Usual, Customary and Reasonable (UCR) Charges

Payment for covered services out-of-network is based on usual, customary and reasonable (UCR) charge limitations, except in cases of emergency. UCR is based largely on data compiled and reviewed by outside agencies, which determine customary charges for services within a certain geographic location. The charges will vary by provider specialty and specific service(s) rendered. UCR allows us to keep your premium at an affordable level and is used by almost all insurers for out-of-network expenses. UCR represents our "allowed amount" or "allowed charges" for out-of-network services.

## Deductible

Depending on the plan your employer has selected, some services you receive will involve co-payments and/or deductible and coinsurance. Before we will make payments for covered out-of-network services, you and/or your eligible dependents must meet the annual deductible dollar amount for your plan. The deductible amount that your employer group selected is listed in your plan documents and is applied on a calendar year (January 1 through December 31) basis.

## Coinsurance

After you meet your deductible, we will share the costs for out-of-network services. This cost-sharing is called coinsurance. The coinsurance amount is also selected by your employer, and your payment responsibility includes your coinsurance amount, as well as all charges in excess of our allowed charges (UCR).

## of-Pocket Costs

sted in your plan documents are your individual and family out-of-pocket maximums. Once your out-of-pocket um for deductible and coinsurance is met, we will provide full coverage up to our allowed amount for eligible network services. Charges you pay in excess of our allowed amount are not counted toward your deductible or pocket maximums. Also, penalties, if applicable, applied for failure to get prior authorization for applicable network services do not count toward deductible, coinsurance or out-of-pocket maximums.

## · Authorization

ers enrolled in the Charter POS plan who elect to receive care from a nonparticipating physician or provider are sible for contacting Healthcare Solutions to begin the prior authorization process.

## �annᵃ Claim

stomer service immediately if you receive a bill for covered services that you believe should have been paid by are Solutions.

ers who choose to receive services from a nonparticipating physician or provider must file a claim within **six** s of the date of service and complete an out-of-network questionnaire. Please specify on the out-of-network nnaire if you have paid for the out-of-network services. You will be reimbursed you directly according to the ons of your plan documents. If you have already paid the provider, please be sure not to assign the benefits to the er on the claim form because your reimbursement will then go directly to the provider, and you will have to payment from the provider's office.

# What To Do In An Emergency

Emergencies can strike at any time and anywhere. A true medical emergency is the sudden and unexpected onset of a condition in which delay in treatment would endanger your health or life.

Examples of this include:

- Difficulty breathing
- Burns
- Excessive bleeding
- Acute stomach pain
- Sudden change in mental state (e.g., disorientation)

- Unconsciousness
- Broken bones
- Suspected heart attack
- Shock

As a Healthcare Solutions member, you are covered whenever and wherever you need urgent or emergency care. The following are procedures you must follow to ensure that care for emergency services will be covered. Services in a true emergency do not require prior approval or authorization by your PCP.

## If you are faced with a medical emergency:

- Go straight to the emergency room or call 911;
- Call your PCP or a participating physician for medical direction. If time does not permit a call to your PCP, either dial 911 or go to the nearest hospital. Contact your participating physician as soon as possible to help with any follow-up care;
- If you are not sure whether your situation qualifies as an emergency, call the our Personal Health Advisor at **(800) 219-5326.** The advice line is a free service, available 24 hours a day, seven days a week. When you call, a registered nurse will assess your symptoms and assist you in determining the appropriate level of care;
- Contact us within 24 hours, or as soon as reasonably possible, if you are admitted to the hospital as a result of an emergency.

Please note that you will have to pay a portion of the bill (emergency room co-payment if applicable) for all covered visits to the emergency room, even if your PCP or any other participating doctor referred you. If you are admitted to the hospital directly from the emergency room, however, the co-payment is waived. Although we will cover emergencies anywhere, follow-up care in the emergency room will not be covered. Please remember that you will be responsible for bills for emergency room services that are determined to be not true emergencies.

## Out-of-Network/Out-of-Area Emergencies

There are times when an emergency occurs outside of the our service area. Examples of this include:

- Vacations
- Foreign travel
- Students away at school

If an emergency occurs while you are away from home, or if emergency services are provided by a nonparticipating hospital, these simple steps will ensure your treatment is reviewed for coverage:

- Follow the suggestions listed above for an emergency;
- Ask the hospital to bill us directly for your treatment. If this is not possible and you are asked to pay for services up front, obtain an itemized bill and submit it to us with an out-of-network claim questionnaire;
- If you are in a foreign country and have an emergency, ask for the itemized bill to be converted to United States currency and the services rendered to be translated into English. If this is not possible, we can have it done for you.

If your college student who is a covered dependent has a true medical emergency, emergency care is covered at any local hospital emergency room or infirmary. Follow-up care outside of our service area without prior authorization is not a covered benefit.

## ontinuing or Follow-Up Treatment

e will provide in-network benefits for services rendered at a nonparticipating hospital by a nonparticipating physician ly when the continued hospitalization is medically necessary and your medical condition prevents your transfer to a rticipating hospital.

he services are not medically necessary, no additional benefits will be provided. If your condition is such that you uld be transitioned to a participating hospital, the services will not be covered at the nonparticipating hospital.

ly necessary follow-up treatment, such as physical therapy, removal of stitches, wound check (or other services tially provided in the emergency room) must be coordinated through your PCP and must be authorized in advance by althcare Solutions to be covered as an in-network benefit.

## rgent Condition

ι urgent condition is different from an emergency in that it is not as serious, but you still need to access your doctor ht away. If you have an urgent problem, call your PCP or treating physician. Your doctor may give you first-aid vice or tell you to go to his or her office, a covering physician's office, an urgent care center or the hospital ιergency room.

# nrollment and Eligibility

## eep Us Informed

ιy time there are changes regarding your name, home address or family status, you should immediately notify us or · contact designated by your employer. If you are enrolled through an employer, please contact your benefits manager well. He or she must then submit a completed Healthcare Solutions enrollment/change form.

## overage for Family Members

mily members may be added or deleted from your policy during open enrollment. You may also make changes to ur coverage within 31 days of a qualifying event as long as your employer approves the change, and the change ets our eligibility criteria. (Qualifying events include marriage, divorce, birth, adoption, death or loss of coverage ough your spouse's insurance carrier.) For a more detailed explanation of eligibility and effective date, please refer to ur plan documents.

# ontinuation of Coverage

eck with your benefits manager or plan administrator if you wish to continue your Healthcare Solutions membership er you leave your job or if you decrease your work schedule to the point where you are no longer eligible for health verage.If you are receiving benefits through COBRA, or other continuation of coverage provisions, you may be juired to pay a monthly premium to your employer.

r complete information on continuing your Healthcare Solutions membership, please check your plan documents or l the customer service number on your ID card.

# Coordination of Benefits (COB)

## When You Are Covered By Other Health Plans

As the number of dual-income households with duplicate health coverage increases, so does the need to coordinate benefits between health plans. Rather than have two plans possibly pay more than the cost of care, health plans and insurers follow rules to determine which health plan or insurer pays first (primary payer) and which pays second (secondary payer).

If you or your spouse is covered by more than one plan, Healthcare Solutions and the other company will coordinate benefits so that payments are not duplicated. The primary plan pays for covered services first. The secondary plan pays the remaining unpaid allowable expenses. No plan pays more than it would have for services without this coordination of benefits provision.

Under COB rules, your employer's plan is your primary plan, and your spouse's plan is secondary. Likewise, the plan your spouse gets from his or her employer is primary for him or her, and yours is secondary. For dependent children covered under both plans, the birthday rule determines which is primary. The parent whose birthday falls earlier in the year is the one whose plan pays first. When parents are divorced, the coverage of the parent with physical custody of the child is primary, unless the separation agreement or divorce decree specifies that one parent has responsibility for the child's medical expenses.

When you have dual coverage, Healthcare Solutions must be aware of the other plan to provide benefits. When you enrolled in Healthcare Solutions, you were asked to identify any other group plans that cover you. If you have been added to or terminated from another plan since you originally enrolled in Healthcare Solutions, call the customer service number on your Healthcare Solutions ID card to update your records. Please remember that even when Healthcare Solutions is the secondary payer, you will only be covered if you adhere to the rules of the plan in which you are enrolled, for example, obtaining prior authorization if necessary.

When Healthcare Solutions is the secondary payer, show your ID card to the participating physician's or provider's office staff. Ask them to bill us after they receive payment from the primary payer. The only payment you will be required to make is any applicable co-payment.

## Workers' Compensation

Medical services required for injuries occurring at work should be submitted to your employer's workers' compensation insurance company. If the workers' compensation claim is denied, you may be covered by Healthcare Solutions as long as you have used participating physicians and providers and have followed the appropriate prior authorization procedures. Claims must be submitted within 18 months of the date of service to be considered for coordination with workers' compensation benefits.

## Automobile Accidents

Medical claims resulting from an automobile accident or contact with a car should first be sent to the auto insurer for verification of medical coverage. This verification must accompany any claim submission to Healthcare Solutions. Claims must be submitted within 18 months of the date of service to be coordinated with the medical benefits provision of your automobile insurance policy.

# Mental Health and Substance Abuse

If you have mental health and substance abuse coverage with us, please refer to your plan documents for a complete description of the benefits, including limitations and exclusions. If you have any questions, please call the customer service number on your ID card.

## )ut-of-Plan Referrals/Prior Authorization

1ere are times when Healthcare Solutions needs to be notified about your health care before you receive certain
rvices. There are two types of authorizations, and each is required for different circumstances. They are:

Out-of-plan referrals for services that are not available through the our physician and provider network;

Prior authorization for certain covered services.

### ut-Of-Plan Referrals

the Charter POS plan, you have out-of-network benefits. Services that are not available through the our physician
d provider network must be authorized in advance to be covered in-network. It is your responsibility to obtain
proval from Healthcare Solutions before seeking care from a nonparticipating physician or provider. If Healthcare
·lutions denies your out-of-plan referral request, you can choose to use your out-of-network benefits.

### rior Authorization

·rtain services and procedures require prior authorization to ensure that they are medically necessary and appropriate.
:ase refer to your plan documents for a detailed description of services that require prior authorization. When you are
taining services in-network, your participating physician will request prior authorization for all elective admissions,
well as some outpatient surgical procedures and other designated services. If you are enrolled in the Charter POS
in, it is your responsibility to obtain prior authorization for services from nonparticipating physicians and providers,
d for all out-of-network outpatient surgical procedures. The service must be approved before it is rendered to receive
verage. You, or a provider acting on your behalf, may call our prior authorization department at **(800) 438-7886.** You
ll be notified of any denials.

### tilization Review

ilization Review (UR) will occur pertaining to the prior authorization of health care services. UR nurses are available
hours a day, seven days a week to receive calls regarding UR determinations. You, or a provider acting on your
half, may call the our prior authorization department at **(800) 438-7886** to request a UR determination.

## Iember Rights and Responsibilities

:althcare Solutions is committed to treating members in a manner that respects their rights, and to providing access to
ality health care. These are your rights and responsibilities as a member:

You have a right to receive information about Healthcare Solutions, its physicians and providers, and your member
rights and responsibilities;

You have the right to be treated with respect and recognition of your dignity and right to privacy;

You have the right to participate with providers in the decision-making process regarding your health care without
restriction;

You have the right to voice a complaint or appeal about Healthcare Solutions or the care provided;

You have a right to a candid discussion of appropriate or medically necessary treatment options for your condition,
regardless of cost or benefit coverage;

You have a responsibility to provide, to the extent possible, information that Healthcare Solutions and its providers
need to care for you;

You have a responsibility to follow plans and instructions for care that you have agreed upon with your providers.

You have a right to obtain complete and current information concerning a diagnosis, treatment and prognosis from
a physician or other provider in terms that you can understand;

You have a right to receive information from a physician or other provider that is necessary to give informed
consent before the start of any procedure or treatment;

You have a right to refuse treatment to the extent permitted by law and to be informed of the medical consequences
of such action;

You have a right to formulate an advance directive regarding your care.

# Confidentiality

We recognize the importance of trust between a health plan and its members, and understand the importance of safeguarding all member medical and/or personal information. We treat access to member medical records with utmost respect and confidentiality, and comply with the applicable confidentiality statutes in our coverage area.

Use of a member's personal health information for any purpose must be authorized by clear and specific consent provided by the member, unless release of the information is required by law. Members consent to the release of medical information to Healthcare Solutions on their enrollment forms. At the time of enrollment, Healthcare Solutions obtains consent for the use of identifiable information that is needed for treatment, coordination of care, conducting quality assessment, utilization review, fraud detection, and oversight reviews conducted by state and federal agencies.

Member information is released only to the member, including medical records, appointment information and test results. Member information cannot be released:
• To the member's spouse or any other family member without the member's consent;
• To the parent regarding an adult child without the member's consent;
• Without specific authorization if the information is sensitive and/or legally protected.

Our associates with access to medical information are trained in the standards and behaviors incumbent with this privilege. Associates may use or disclose medical information only as necessary for authorized administrative purposes if authorized by the member or when required by law. This information is highly sensitive and requires thoughtful and attentive management by those who have access to it. All associates are obligated to protect members' rights to privacy and to safeguard the clinical information contained in the medical records.

To ensure that personal information is protected, all associates are required to sign a confidentiality statement. Anyone who has access to confidential information must review the same confidentiality statement and acknowledge in writing that they understand and will abide by the policy.

We train associates to be sensitive to confidentiality concerns and to comply with confidentiality policies. Associates are required to read the our confidentiality policy and acknowledge in writing that they understand and will abide by the policy. Associates are expected to strictly adhere to the guidelines without exception.

Every physician and provider contract also contains a confidentiality statement. We evaluate record-keeping practices before the providers are admitted to its network.

# Technology Assessment

Healthcare Solutions Medical Directors and practicing physicians are part of a nationwide approach by our parent company to continually assess new technology. Research and current scientific evidence should demonstrate appropriate and effective use of new technology. If we determine that a new technology will have a positive effect on health outcomes and is not a contractually excluded service, it will be considered for coverage.

# Payer Arrangements

The relationship between Healthcare Solutions and its participating physicians and providers is that of independent contractors. Participating physicians and providers operate their own offices and businesses, and make their own medical decisions. The services they provide are not exclusive to Healthcare Solutions and its members. Participating physicians and providers maintain the provider-patient relationship and are solely responsible to members for all medical services rendered by them.

Participating physicians and providers agree to methods and rates of payment from Healthcare Solutions and agree to the Healthcare Solutions medical management procedures. No contract between Healthcare Solutions and any participating physician or provider shall prohibit the provider from disclosing to a member the method that Healthcare Solutions uses to compensate him or her.

No participating physician or other provider, institution, facility or agency is a Healthcare Solutions agent or employee. Neither Healthcare Solutions nor any employee is an agent or employee of any participating physician or other provider institution, facility or agency.

Healthcare Solutions contracts with physicians and providers either directly or through provider organizations (IPAs and PHOs). Most of these providers are reimbursed for each covered service on a fee-for-service basis with a limited percentage withheld as a reserve. However, some IPAs or PHOs may reimburse their primary care providers on the basis of a set amount per member per month (capitated reimbursement). Depending upon the overall utilization of members selecting Healthcare Solutions directly contracted or an IPA's/PHO's primary care providers, the amount withheld by Healthcare Solutions may be returned to the providers.

Healthcare Solutions also contracts with certain vendors and suppliers (laboratory services, home health, etc.) that are paid a capitated reimbursement. Hospitals and other institutional providers are reimbursed according to per diem rates, case rates or discounted fee-for-service arrangements.

The Healthcare Solutions medical management procedures are intended to ensure the medical necessity and appropriateness of treatment and to actively discourage any barriers to care. Healthcare Solutions does not financially compensate or otherwise encourage physicians, providers or other individuals involved in medical management for denying covered services.

In addition, Healthcare Solutions has entered into per member per month-based payment arrangements for the provision of mental health, home care, laboratory and chiropractic services. The provider reimbursement models are designed to ensure that providers are paid appropriately for services rendered. These reimbursement models also support the goals of the plan by providing members with the right care at the right location by the right provider at the right time. None of these provider contracts prohibit providers from discussing compensation arrangements with their patients.

# Member's Relationship with Healthcare Solutions

A member's contractual relationship with Healthcare Solutions does not prevent the member from obtaining services that are not covered under the terms and conditions of the plan documents. Healthcare Solutions has no direct control over the examination, diagnosis or treatment of any member. Healthcare Solutions does, however, perform medical management procedures for the purpose of determining appropriate coverage for the services provided to members. Our medical management programs are designed to encourage the most appropriate care for each member. Healthcare Solutions does not arbitrarily nor indiscriminately deny medically necessary covered services. Decisions are based on prevailing standards of medical care in accordance with the member's plan documents. These procedures are not intended to create a physician-patient relationship nor to replace the relationship between a member and his or her own physician. A member is always entitled to obtain, at his or her own expense, services that are not covered under the terms and conditions of the plan documents. At all times, Healthcare Solutions employs reasonable care in the exercise of its power and in the performance of its obligations to ensure that members consistently receive high-quality care.

# Well Exam Schedule

## Routine* Pediatric Health Examinations and Immunizations:

* Birth to the attainment of one year of age, a total of six** routine pediatric examinations
* One year of age to the attainment of two years of age, a total of three routine pediatric examinations
* Two years of age to the attainment of 19 years of age, one routine pediatric examination per calendar year

## Routine* Adult Health Examinations:

(according to the recommendations of the American Academy of Family Physicians)
* 19 years of age through 29 years of age, one routine examination every five calendar years
* 30 years of age through 39 years of age, one routine examination every three calendar years
* 40 years of age through 49 years of age, one routine examination every two calendar years
* 50 years of age and over, one routine examination per calendar year

\* Routine exams are covered in-network only unless otherwise specified in your plan documents.
\*\* New York State law requires seven routine pediatric examinations.

# Healthcare Solutions Healthy Extras

**Here's how to access our program of value-added services**

## Healthy Extras* include:

- Health Net AlternaCare℠
- Personal Health Advisor⁻
- Directory By Phone
- Directory By Web
- Smart Start℠
- Well Woman for Life
- Disease Management (including asthma and diabetes) Programs
- Fitness Center Discount Program

## Health Net AlternaCare℠

Our AlternaCare℠ program offers quality, affordable, holistic health care options for Healthcare Solutions members. This includes coverage for chiropractic and acupuncture** treatments with co-payments, and discounts for massage therapy.

For chiropractic and acupuncture treatments and massage therapy, choose participating providers from our physicians and provider directory. For the most up-to-date list, visit our web site at *www.health.net* or call the Interactive Provider Directory, toll-free, **(800) 686-9847.** For more information on holistic health care, call, toll-free, **(800) 638-4557.**

\*    Program is subject to change or termination without prior notice.

\*\*   Some employers may have purchased a plan for their employees that does not include acupuncture benefits. Please refer to your plan contract or call the customer service number on your ID card.

# Personal Health Advisor⁻

Our free Personal Health Advisor⁻ phone line is available 24 hours a day, seven days a week to answer your health-related questions. If you are sick or have been hurt, and are unsure of what to do, a specially trained nurse can help you determine the most appropriate course of action. The 550 nurses that staff the phones average more than 15 years of clinical experience. Together, they handle 2 million calls every year. If you ever need help assessing an injury or illness, call the Personal Health Advisor⁻ toll-free, **(800) 219-5326.**

# Directory By Web/Directory By Phone

Even when you do not have access to our printed directory, you can still locate a participating physician or provider. Our Directory By Phone enables you to have a personalized list of local physicians or providers either faxed to you immediately or mailed to your home. The system will find 100 closest to the zip code you supply. Our Directory By Web allows you to create a customized directory from our web site. To access the Directory By Phone, call toll-free, **(800) 686-9847.** To access the Directory By Web go to our web site, *www.health.net.*

# Smart Start℠

Healthcare Solutions now offers an immunization reminder program - Smart Start℠ - for children from birth to two years old. Parents will receive a postpartum mailing about the program containing the following:

* An explanation of the Smart Start℠ program
* A handy refrigerator magnet with the immunization schedule
* An "America's Youth Passport⁻" containing health and safety tips
* An Immunization RecordKeeper form

Included is a complimentary portrait package gift certificate if the child has received all of his or her immunizations by age two. When a newborn is added to the health plan within 31 days of his or her birth, the baby is automatically enrolled in Smart Start℠.

# Well Woman for Life

Well Woman for Life, the Healthcare Solutions healthy woman program, offers reminder mailings to female members for mammograms and cervical cancer screenings.

# Mammograms: Have you had your mammogram lately?

Healthcare Solutions covers female members in full for mammograms at participating providers. You should have your first mammogram (baseline) at age 35. This is especially critical if there is a history of breast cancer in your family. If you are age 40 to 49, you should have a mammogram every one to two years, based on your doctor's recommendation. If you are age 50 or more, you should have a mammogram annually. Your doctor or a Healthcare Solutions customer service representative can help you locate a participating provider.

# Pap Tests: Early detection is your best defense

If you are female, age 19 or older, or sexually active, Healthcare Solutions recommends an annual Pap test. This screening is a covered benefit and can detect cervical cancer in its earliest and most curable stage. If you have any questions, call the Health Net customer service number on your ID card.

# Disease Management Programs

Disease Management programs help members manage their chronic conditions. When you are facing the challenges of diabetes, congestive heart disease, coronary artery disease, emphysema, rare diseases, asthma, kidney disease and other chronic conditions, we can help with our education and care-management program. For more information, call toll-free, **(800) 573-2177.**

# Fitness Center Discount Program

Regular exercise is fundamental to good health and well being. To help you become or stay fit, Healthcare Solutions offers discounted memberships to an extensive network of fitness centers in the tri-state area. The program is administered by WellQuest, Inc. You will find a list of participating centers in our directory of physicians and providers. A one-time registration fee ($40 for you, $20 for each additional family member) entitles you to a discount of up to 30 percent off the monthly fee at a network fitness center of your choice. Membership also entitles you to use any other participating facility up to four times per month (16 times per year, per center). For more information call WellQuest, toll-free,
**(800) 595-8448.** Be sure to consult a physician before beginning any fitness program.

# We Want to Hear from You!

At Healthcare Solutions, our goal is to continuously improve the quality of care and service that members receive. If you have a suggestion about our service, or a complaint about the care you received from a participating physician or provider, we want to know. Please call the customer service number on your ID card or send an e-mail to *member@ne.health.net.* You also can write to Health Net of the Northeast,Inc. Attn: Customer Service Department, One Far Mill Crossing, P.O. Box 904, Shelton, CT 06484-0944.

# How to Reach Us

**Customer Service**
1-800 956-5565
**Health Net AlternaCare**℠
Administered by Landmark Healthcare
(800) 638-4557

**Fitness Center Discount Program**
Administered by WellQuest
(800) 595-8448

**Disease Management Programs**
(800) 573-2177

**Personal Health Advisor**→
(800) 219-5326

**Directory By Phone**
(800) 686-9847

**Directory By Web**
www.health.net

**E-mail**
Member@ne.health.net

**Healthcare Solutions Web Site**
www.health.net

# Out-of-Network Claims Questionnaire

**Please provide all of the requested information below. Remember to
attach an itemized bill for each out-of-network claim you are
submitting for review. If you have any questions, please call the
customer service number on your Healthcare Solutions ID card.**

 

| | |
|---|---|
| 1. Patient's Healthcare Solutions ID#<br>__ __ __-__ __-__ __ __ __ | 2. Patient's Date of Birth<br>__ __ / __ __ / __ __ |

3. Patient's Name

4. ☐ Male  ☐ Female

5. Member's Address            City            State            Zip

6. **The daytime phone number** where you may be reached if we have more questions:
(__ __ __) __ __ __-__ __ __ __

7. Is the patient a full-time student out of the service area?    ☐ Yes    ☐ No

8. If the attached claim has been caused by an **automobile accident,** please submit this and all related claims to your No-Fault insurance carrier.

   If the attached claim has been caused by the **patient's employment,** please submit this and all related claims to the employer's Worker's Compensation carrier.

   If Healthcare Solutions is your **secondary insurance plan,** please submit this claim to your primary insurance carrier.

   Once a determination has been made by either No-Fault, Worker's Compensation or another primary insurance carrier, submit a copy of the original bill and a copy of their explanation of benefits to Healthcare Solutions for further consideration.

9. Please provide a detailed explanation as to the **specific nature of illness or injury** and why a **Healthcare Solutions physician/provider was not utilized.** (Please attach additional pages if needed.)

   _____

   _____

10. if you want us to pay covered benefits directly to the provider, sign and date the authorization below. If authorized, we will make payment directly to your provider and send a copy of the payment to you for your records. **I authorize payment** of medical benefits **directly** to physician or supplier for attached services.

Signed _____    Date _____

Please send claims and written inquires to:
   Health Net of the Northeast, Inc.
   Attn.: Out-of-network Claims Department
   P.O. Box 981
   Bridgeport, CT 06601-0981

Members: If you have any questions regarding claims please call the customer service number on your ID Card.
Providers: Call **(800) 438-7886**

Note: Claim information should be submitted on a completed HCFA-1500 or UB-92 form.

In the Northeast, coverage is provided by subsidiaries of Health Net of the Northeast, Inc. and QualMed Plans for Health, Inc.

# New Jersey Appeal and Grievance Procedures

## HMO Consumer Bill of Rights

Consumers have the right to:

- Available and accessible services for urgent or emergency conditions 24 hours a day, 365 days a year;
- Be treated with courtesy and consideration, and with respect for the member's dignity and need for privacy;
- Be provided with information concerning the HMO's policies and procedures regarding products, services, providers, appeals procedures and other information about the organization and the care provided;
- Choose a primary care provider within the limits of the covered benefits and availability, and who are included as participating providers in the plan network;
- A choice of specialists following a referral;
- Obtain a current directory of participating providers, including addresses and telephone numbers, and a listing of providers who accept members who speak languages other than English;
- Be referred to specialists who are experienced in treating their disabilities, if applicable;
- To receive from the member's physician(s) or provider, in terms that the member understands, an explanation of his or her complete medical condition, recommended treatment, risk(s) of the treatment, expected results and reasonable medical alternatives, whether or not these are covered by benefits. If the member is not capable of understanding the information, the explanation shall be provided to his or her next of kin or guardian and documented in the member's medical record;
- Be free from balance billing by providers for medically necessary services that were authorized or covered by the HMO, except as permitted for co-payments, coinsurance and deductibles by contract;
- Formulate and have advance directives implemented;
- All the rights afforded by law or regulation as a patient in a licensed health care facility, including the right to refuse medication and treatment after possible consequences of this decision have been explained in language the member understands;
- Prompt notification of termination or changes in benefits, services or provider network;
- Know that you or your doctor cannot be penalized for filing a complaint or appeal, and have the right to receive an answer to those complaints within a reasonable period of time;
- Call 911 in a potentially life-threatening situation without prior approval from your HMO;
- Have an HMO pay for a medical screening exam in the emergency room to determine whether an emergency medical condition exists;
- Receive up to four months of continued coverage - if medically necessary - from a health care professional who has been terminated by the HMO (and under certain circumstances continued coverage may be available for a period up to one year);
- Have a doctor make the decision to deny or limit your coverage;
- Know how your HMO pays its doctors, so you know if there are financial incentives or disincentives tied to medical decisions;
- Appeal a decision to deny or limit coverage, first within the HMO, and then through an independent organization (A $25 filing fee applies or upon determination of financial hardship, the fee may be reduced to $2.00.)

## Member Appeal Procedure

Health Net⁻, formerly PHS Health Plans, provides two different appeal programs. One program deals exclusively with the Health Net medical necessity decisions. The second is a grievance program that deals with more general concerns.

## Medical Necessity Appeal

If you disagree with a Health Net decision that a health care service is not medically necessary and appropriate, you or a provider acting on your behalf may request an appeal. A three-stage appeal process is available.



The Stage 1 appeal is an internal review of the initial decision(s) to deny a medical procedure, supply and/or admission. You or a provider will have up to 60 days to file a Stage 1 appeal. The 60-day period begins on the date of receipt of the Health Net→ initial notice of adverse determination. Stage 1 appeals can be initiated by telephone or in writing. If the case involves urgent or emergency care, or the member is confined as an inpatient, a decision on the appeal will not take longer than 72 hours. All other cases will be decided within five business days. The appeal is informal and allows you or your representative to discuss your case with the Medical Director who made the initial decision.

When a Stage 1 appeal is completed, you or your provider designee will be informed of the decision. If there is an adverse determination, Health Net will provide you and/or your provider designee with written notification. The notification will include the basis for the decision and an explanation of how to proceed to a Stage 2 appeal.

The Stage 2 appeal is a formal review of all medical records and other pertinent information by a clinical appeal panel of physicians and/or health care professionals who were not involved in the Stage 1 appeal. A Stage 2 appeal must be initiated 60 days from the date that you and/or your provider received notification of its Stage 1 appeal decision. Stage 2 appeals may also be requested either by telephone or in writing. We will send you our acknowledgement of your request within 10 days of receipt of your letter. A clinical peer who is trained or practices in the specialty of the case at issue will be available to the panel. Upon request, you or your provider may appear before the panel. You or your provider may also request that the clinical peer participate in the panel's review of the case. If the case involves urgent or emergency care, the panel will conclude its Stage 2 appeal no later than 72 hours after receipt by Health Net of all pertinent information. All other cases will be concluded within 20 business days. When there is a reasonable cause for a delay that is beyond the control of Health Net, Health Net may extend the review for up to an additional 20 business days where it provides a written progress report and explanation for the delay to the satisfaction of the Department. Notice of the delay and need for additional time must be made to you and/or your provider during the original 20-day period. If the panel decides to uphold the adverse determination, the written notice will include the basis for its decision. A notice upholding the adverse determination will also include specific instructions on how you or your provider may initiate a Stage 3 external appeal and any necessary forms.

A Stage 3 external appeal may be requested if you, or your provider acting on your behalf, disagree with the Health Net Stage 2 appeal determination. The Stage 3 appeal is a review of all pertinent information by an external review organization designated by the New Jersey Department of Health and Senior Services. A request for an external appeal must be filed with the Department within 60 days from the receipt of the written determination of the Stage 2 internal appeal panel. External appeals are subject to a filing fee of $25 unless financial hardship is demonstrated through evidence of eligibility for the Pharmaceutical Assistance to the Aged and Disabled, Medicaid, General Assistance, SSI; or New Jersey Unemployment Assistance. If there is a determination of financial hardship, the fee shall be reduced to $2. Specific instructions on how you or your provider may initiate a Stage 3 external appeal and any necessary forms will be included in the Stage 2 appeal adverse determination notification. You must fill out and sign the forms and mail them, together with the $25 fee (or a $2 fee with evidence of financial hardship) to: Office of Managed Care, Division of Health Care Systems Analysis, P.O. Box 360, Trenton, NJ 08625-0360

## Grievance (Reconsideration) Process

If you disagree with a Health Net decision that is not based on medical necessity, you or someone you designate to represent you can use the Health Net grievance process to address your concern(s).

Your first step is to call the Health Net customer service toll-free number on your ID card. If after speaking with a representative you are still dissatisfied with the Health Net decision, you have the right to file a grievance (request for reconsideration). You have up to six months from the date of the event to file a grievance. A request for reconsideration can be made over the phone by calling the Health Net customer service

number on your ID card, or by writing to: Health Net of the Northeast, Inc. Customer Service Department, 3501 State Highway 66, Neptune, NJ 07754. All written grievances will be decided and reported to you within 30 days of receipt of your complaint at Health Net¬.

## Provider Compensation Arrangements

Providers in our network have agreed to be paid in various ways by Health Net. Your provider may be paid: (1) each time he or she treats you ("fee-for-service") or (2) a set fee each month for each member whether or not the member actually receives services ("capitation").

If you desire additional information about how our primary care physicians or any other participating providers are compensated, please call the Health Net customer service toll-free number on your ID card or write to: Health Net of the Northeast, Inc. Customer Service Department, P.O. Box 904, One Far Mill Crossing, Shelton, CT 06484-0944.

## Important Information about Referrals

The laws of the State of New Jersey, at N.J.S.A. 45:9-22.4 et seq., mandate that a physician, chiropractor or podiatrist who is permitted to make referrals to other health care providers in which s/he has a significant financial interest inform his or her patients of any significant financial interest he or she may have in a health care provider or facility when making a referral to that health care provider or facility. If you want more information about this, contact your physician, chiropractor or podiatrist. If you believe that you are not receiving the information to which you are entitled, contact the Division of Consumer Affairs in the New Jersey Department of Law and Public Safety at (973) 504-6200 or (800) 242-5846.

## Individual Coverage

For more information on individual coverage and eligibility requirements, please write to NJ IHCP, P.O. Box 325, Trenton, NJ 08625, or call (800) 838-0935.

## For More Information

Board certification status and new patient availability of participating doctors is available to you upon request. You may also request a copy of the Department of Health and Senior Services report, NJ Managed Health Care Plans Compare Your Choices, at www.state.nj.us/health.

**PHS Health Plans** *Prescription Drug Program - Mail Service Pharmacy Benefit*

Provided by Walgreens Healthcare Plus                    Effective October 1, 1999

## PROGRAM OVERVIEW

As an eligible member of the PHS Health Plans prescription drug plan, you and your eligible dependents are covered under the mail service pharmacy benefit.

Under this benefit, you can obtain covered "maintenance" prescriptions used to treat chronic or long-term health conditions (such as high blood pressure or diabetes) through the Walgreens Healthcare Plus mail service pharmacy. **We suggest that new medications be filled at your local pharmacy for a one-to two-month trial period prior to utilizing your mail order benefit.**

## SAVING MONEY WITH GENERICS

Drugs have two names: a trademark or "brand" name, and a chemical or "generic" name. By law, brand and generic drugs must meet the same standards for safety and effectiveness.

Many brand prescriptions have a less expensive "generic equivalent" available. Obtaining generic drugs whenever possible can provide you with savings by paying a lower co-payment.

Ask your doctor to prescribe generic drugs whenever possible.

## GENERIC SUBSTITUTION

It is standard pharmacy practice (and in some states required by law) to substitute generic equivalents for brand drugs whenever possible.

You will receive generic substitutes whenever possible, unless your physician will not allow a generic substitute or you specify otherwise on the order form.

## YOUR COST

When you have your covered prescriptions filled through Walgreens Healthcare Plus mail service pharmacy, you share the cost by paying a small "co-payment" or coinsurance; the plan pays the rest up to your annual maximum benefit.

If a generic equivalent is available but you or your physician requests the brand-name equivalent, you MAY BE responsible for the difference in cost between the brand and generic product plus your co-payment or coinsurance, depending on your Schedule of Benefits.

Mail service benefits may vary from group to group. If you are unsure of your mail service co-payment or coinsurance, please contact the PHS Health Plans customer service department at the number listed on your ID card.

**IMPORTANT:** Sending a check or providing credit card information will not be interpreted as you preference to receive a brand drug instead of a generic substitute. ***You must specifically indicate your preference for brand on the order form.***

## IMPORTANT - PLEASE NOTE

Your prescriptions may be filled for up to the plan days supply maximum when allowed by your physician, the law, and in accordance with pharmacy practice. Medications that may only be dispensed for the exact quantity as written by your physician include some pain medications, sleep aids, and drugs to treat anxiety.

## COVERED DRUGS

Most maintenance medications, as currently covered by your Schedule of Benefits, are available from Walgreens Healthcare Plus mail service pharmacy.

## USING THE MAIL SERVICE PHARMACY

**For new and refill orders by mail:** Always fully complete the supplied order form (included with each delivery). Enclose the form with your new written prescription(s) and/or eligible Refill Request(s) sent with previous orders. *New prescriptions may not be phoned in by you or your doctor.* (You may, however, order **refills by phone or internet;** see other side.)

If you are unsure whether your prescription has a generic equivalent available, you may call Walgreens Healthcare Plus customer service at 1-800-999-2655. Please submit the appropriate co-payment if applicable. *Failure to provide payment may result in the return of you unfilled orders.*

**For your first order:** Be sure to use the special REGISTRATION & PRESCRIPTION ORDER FORM enclosed in this package to register yourself and your dependents and place your first order. This form provides important health, allergy and plan ID information for you and your dependents.

**For refills from other pharmacies:** Walgreens Healthcare Plus must have a *written* prescription on file to process your mail service order. If you wish to use the mail service, please ask your doctor for a new written prescription.

**Refills by phone (with credit card):** Call the convenient touch-tone refill service toll-free: **1-800-749-0009,** 24 hours a day, 7 days a week. Please have your prescription number(s) and credit card ready. (en español: 1-800-758-0002.)

**Refills via the internet:** Visit our web site: **www.whphi.com** and select "On-Line Mail Service Prescription Refills." Have your prescription number(s), zip code, and store number (from your vial) ready.

**Refills too soon:** Each bar-coded "Refill Request" shows the date on or after which you can order that refill. Please do not order refills before that date.

**Prescription expiration date:** Most prescriptions, including refills, expire one year (sometimes sooner) from the date they are written. After the expiration date, *regardless of whether your vial label still shows refills remaining,* you must obtain a new prescription from your doctor.

**Prescription delivery:** Please allow two weeks for delivery from the date you mail your order. This allows time for delivery to and from the mail service pharmacy, plus internal processing time. Most prescriptions are delivered by the U.S. Postal Service.

**In case of emergency:** Prescriptions can be shipped overnight *for an additional charge to you.*

**For maintenance drugs you need to start taking right away:** Simply ask your physician to issue two prescriptions. The first prescription should be for a 30-day supply and can be filled at a participating network pharmacy. The second prescription should be for the maximum supply allowed. If you get a medication filled at a retail pharmacy, you must wait two weeks before ordering that same medication from the Walgreens Healthcare Plus mail service pharmacy.

**Customer Service:** For questions regarding your order, or to speak with a pharmacist, call toll-free:
**1-800-999-2655 (TTY for deaf: 1-800-925-0178)**
Monday - Friday 8:00 a.m. - Noon (Eastern)
Saturday 8:00 a.m. - Noon (Eastern)

**Other Questions:** Please direct questions regarding the terms of your benefit plan (such as co-payment amounts, covered and non-covered drugs, eligibility, etc.) to PHS Health Plans customer service department at the number listed on your ID card.

**Make checks payable to:** Walgreens Healthcare Plus. **Please do not send cash.**

**Credit cards accepted:** Visa, MasterCard, American Express, Discover

**Mail your order to:**
**Walgreens Healthcare Plus**
**7357 Greenbriar Parkway**
**Orlando, FL 32819-8917**

- If a Walgreens' brochure is not enclosed and you are interested in a brochure, call the Customer Service number listed on the back of your ID Card.

# THE GUARDIAN & PHS HEALTHCARE SOLUTIONS
## HMO-POS PLAN
## SMALL GROUP HEALTH MAINTENANCE ORGANIZATION
## PASSPORT POINT OF SERVICE
## EVIDENCE OF COVERAGE

Physicians Health Services of New Jersey, Inc. ("PHS") certifies that the Employee named on The Guardian & PHS Healthcare Solutions Member Identification Card is entitled to the services, supplies and benefits described in this Evidence of Coverage, as of the Effective Date shown on The Guardian & PHS Healthcare Solutions Member Identification Card carrier sheet, subject to the eligibility and effective date requirements of the Contract.

The Contract is an agreement between PHS and the Contractholder. This Evidence of Coverage is a summary of the Contract provisions that affect Your coverage. All coverage is subject to the terms and conditions of the Contract.

Physicians Health Services of New Jersey, Inc.

*Barry Averill*

By: Barry Averill
President

2000
Rev. 7/00
NJ G/PHS 5NJSPZF
NJ G/PHS 5NJSCZF
EOC

Copay Schedule J50285
Contract type: JGJ
JG2

pos

SB_0645

# *INTRODUCTION*

### *What is a Point of Service Plan?*
A Point of Service Plan, often referred to as a POS plan, provides coverage for the services of *in-network providers* as well as the services of *out-of-network providers.* Whenever a person covered under a POS plan needs to access health care, he or she has the option to use the services of either an *in-network provider* (subject to any necessary authorization from his or her Primary Care Physician) or those of an *out-of-network provider.*

### *What is the difference between an in-network provider and an out-of-network provider?*
An *in-network provider* is a doctor, other practitioner or facility that has an agreement with PHS to provide or arrange for covered services and supplies for the benefit of persons covered under the POS plan. An *out-of-network provider* is any licensed or certified provider that does not have a specific agreement with PHS.

Generally, the out-of-pocket cost to a person covered under a POS plan will be less if the person uses the services of an *in-network provider* rather than the services of an *out-of network provider.*

### *How does the POS plan describe in-network and out-of-network coverage?*
The POS plan contains a section which describes in-network coverage and sections which describe out-of-network coverage. The POS plan also contains many sections which apply to both the use of the services of *in-network providers* or the services of *out-of-network providers.*

- **SCHEDULE.** Located in the beginning of the POS plan, the SCHEDULE identifies many of the covered services and supplies and specifies the applicable copayment for use of an *in-network provider* as well as the deductible and coinsurance requirement for the use of an *out-of-network provider.* The **SCHEDULE** also identifies some limitations to coverage.

- **COVERED SERVICES AND SUPPLIES.** This section contains a general description of the coverage a person would be entitled to if he or she were to use the services of an *in-network provider.*

- **COVERED CHARGES** and **COVERED CHARGES WITH SPECIAL LIMITATIONS.** These sections contain descriptions of the coverage a person would be entitled to if he or she were to use the services of an *out-of-network provider.*

*How does a person access in-network providers?*
PHS will provide a directory listing all the Primary Care Physicians and facilities that have an agreement with PHS. Each person must select a physician from that directory to be his or her Primary Care Physician, also called a PCP. The PCP supervises, coordinates, arranges or provides care, and refers a person for specialist services, as appropriate. The person may name a new PCP by notifying PHS.

Except in case of a medical emergency, in-network services and supplies can **only** be provided by an *in-network provider* (subject to any necessary authorization from his or her Primary Care Physician). While certain routine OB/GYN care may be secured without going through the PCP, all other in-network services and supplies require the authorization of the PCP.

*How much will it cost for services and supplies if a person uses in-network providers?*
The Identification Card will specify the amount of the copayment the *in-network provider* will collect for most services and supplies. For many services, after a person pays a copayment for the PCP visit, further services and supplies require no additional payment. Home Health Care and Durable Medical Equipment are examples of such services and supplies. PHS elected to cover prescription drugs subject to the same copayment as the applicable office visit copayment.

For example, if the POS plan required a $15 physician visit copayment, this amount would be collected from the patient, regardless of the reason for the visit and the actual cost of the services provided during the visit.

*Are there restrictions on the use of an out-of-network provider?*
Persons covered under a POS plan may use the services of an out-of-network provider as often as they like, subject to applicable benefit limitations. Referral from a PCP is not required, but certain services and supplies do require Pre-Approval from PHS, as outlined in the Contract and Evidence of Coverage.

*How much will it cost for services and supplies if a person uses out-of-network providers?*
After the payment of the applicable calendar year cash deductible, the person would be responsible for payment of the plan's coinsurance.

For example, assume a POS plan with out-of network benefits subject to a $250 deductible and 20% coinsurance. A person may go to a physician for a sick visit with total charges equal to $350. If the physician visit is the first out-of network charge for the year, the person would first be required to pay $250 to satisfy the deductible. Then, PHS would pay 80% of the remaining $100 charges, or $80. The person's coinsurance share would be 20% of $100, or $20. Thus, the total cost to the person would be $270. After the deductible has been satisfied during a calendar year, further charges are only subject to the applicable coinsurance. **Note:** PHS pays the applicable coinsurance with respect to the lesser of: a) the amount charged; or b) the Reasonable and Customary Charge, as defined in the Contract and the Evidence of coverage.

*Does the POS plan cover the same services and supplies whether a person uses in-network providers or out-of-network providers?*

The POS plan was designed to include the same services and supplies whether the person uses *in-network* or *out-of-network providers.* However, the <u>extent</u> of coverage differs for some services and supplies. For example, if a person elects to use an *in-network provider* for extended care services (skilled nursing care), coverage is unlimited as to number of days. If a person uses an *out-of-network provider,* extended care services are limited to 120 days.

Since in-network services and supplies must be coordinated by a PCP, and *in-network providers* are familiar with in-network covered services and supplies, the list of in-network covered services and supplies in a POS plan does not generally include as much detail as the list of out-of network covered charges. In addition, PHS is able to offer more details as to the nature and extent of the in-network coverage.

*For services and supplies that are subject to limitations, can a person receive both in-network and out-of-network services and supplies?*

The POS plan allows a person to receive any combination of in-network and out-of network services and supplies. However, for services and supplies subject to limitations, the POS plan includes offset provisions to coordinate the **total** services and supplies a person may receive.

**PLEASE REFER TO THE CONTRACT AND EVIDENCE OF COVERAGE FOR COMPLETE INFORMATION CONCERNING THE POS PLAN AND USE OF IN-NETWORK AND OUT-OF-NETWORK PROVIDERS.**



# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| INTRODUCTION | 2 |
| SCHEDULE OF CLASSIFICATION | 7 |
| OVERVIEW OF THE PLAN | 8 |
| SCHEDULE OF COVERED SERVICES AND SUPPLIES AND COVERED CHARGES | 9 |
| DEFINITIONS | 13 |
| ELIGIBILITY | 27 |
| MEMBER PROVISIONS: Applicable to In-Network Services and Supplies | 35 |
| COVERED SERVICES AND SUPPLIES: Applicable to In-Network Services and Supplies | 38 |
| OUT-OF-NETWORK BENEFIT PROVISION Applicable to Out-of-Network Benefits | 44 |
| COVERED CHARGES Applicable to Out-of-Network Benefits | 45 |
| COVERED CHARGES WITH SPECIAL LIMITATIONS Applicable to Out-of-Network Benefits | 52 |
| NON-COVERED SERVICES AND SUPPLIES AND NON-COVERED CHARGES | 56 |
| IMPORTANT NOTICE Applicable only to Out-of-Network Benefits | 60 |
| Out-of-Network Utilization Review Features | 60 |
| COORDINATION OF BENEFITS AND SERVICES | 66 |
| SERVICES OR BENEFITS FOR AUTOMOBILE RELATED INJURIES | 69 |
| GENERAL PROVISIONS | 71 |
| CLAIMS PROVISIONS Applicable to Out-of-Network Benefits | 74 |

oc pos

SB_0645



# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| CONTINUATION RIGHTS | 75 |
| CONVERSION RIGHTS FOR DIVORCED SPOUSES | 82 |
| RIGHT TO RECOVERY - THIRD PARTY LIABILITY | 83 |
| MEDICARE AS SECONDARY PAYOR | 84 |
| STATEMENT OF ERISA RIGHTS | 87 |
| CLAIMS PROCEDURE FOR OUT-OF-NETWORK BENEFITS | 88 |

## SCHEDULE OF CLASSIFICATION

The Contract's classification, and the coverages and amounts which apply to each class are shown below:

**CLASS**
All eligible employees

≮ pos

SB_0645

**OVERVIEW OF THE PLAN** (Copayment, Deductibles, and Coinsurance)

| | |
|---|---|
| **IN-NETWORK** | |
| Copayment | $5, unless otherwise stated |
| Emergency Room Copayment | $50, credited toward Inpatient admission if admitted within 24 hours |
| Coinsurance | 0% except as stated on the Schedule of Covered Services and Covered Supplies |

| | |
|---|---|
| **OUT-OF-NETWORK** | |
| **Calendar year Cash Deductible** (All Cause) | |
| for Preventive Care | NONE |
| for immunizations and lead screening for children | NONE |
| for all other Covered Charges | |
| Per Covered Person | $250, |
| Per Covered Family | $500, NOTE: Must be individually satisfied by 2 Separate Covered Persons |
| Emergency Room Copayment (waived if admitted within 24 hours) | $50 |
| Coinsurance | 20% **except as stated below** |
| **Exception:** For charges for Non-Biologically Based Mental Illnesses and Substance Abuse treatment | 25% |
| Coinsured Charge Limit | $10,000 |

**MAXIMUM LIFETIME BENEFITS**     $5,000,000, **except** as otherwise stated

# SCHEDULE OF COVERED SERVICES AND SUPPLIES AND COVERED CHARGES

## THE SERVICES, SUPPLIES AND BENEFITS COVERED UNDER THE CONTRACT ARE SUBJECT TO THE PAYMENT OF THE APPLICABLE COPAYMENTS, DEDUCTIBLE AND COINSURANCE.

| SERVICES | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Hospital | | |
| Inpatient (unlimited days) | $75 Copayment / day; maximum / admission $375; maximum / cal. year $750 | Deductible/Coinsurance |
| Outpatient Visit | $5 Copayment / visit | Deductible/Coinsurance |
| Practitioner services provided at a Hospital | | |
| Inpatient Visit | $0 Copayment / visit | Deductible/Coinsurance |
| Outpatient Visit | $5 Copayment / visit; waived if another Copayment applies | Deductible/Coinsurance |
| Emergency Room | $50 Copayment / visit; credited toward Inpatient Copayment if admission occurs within 24 hours | $50 Copayment; waived if admission occurs within 24 hours; Deductible/Coinsurance |
| Maternity | $25 Copayment for initial visit only; $0 Copayment thereafter | Deductible/Coinsurance |
| Practitioner Services | $5 Copayment / visit | Deductible/Coinsurance |
| Preventive Care; NOTE: Out-of-Network benefits LIMITED; Refer to the Covered Charges section | $5 Copayment / visit | See the Covered Charges Section |
| Surgery | | |
| Inpatient | $0 Copayment | Deductible/Coinsurance |
| Outpatient Visit | $5 Copayment | Deductible/Coinsurance |
| Pre-Admission Testing | $5 Copayment | Deductible/Coinsurance |
| Second Surgical Opinion | $5 Copayment | Deductible/Coinsurance |

ij coc pos
7/00

SB_0645

| SERVICES | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Specialist Services | $5 Copayment | Deductible/Coinsurance |
| Therapy Services NOTE: Limited Benefits. Refer to the Covered Services and Supplies and Covered Charges sections | $5 Copayment | Deductible/Coinsurance |
| Diagnostic Services<br>Inpatient<br>Outpatient Visit | $0 Copayment<br>$5 Copayment | Deductible/Coinsurance<br>Deductible/Coinsurance |
| Rehabilitation Services NOTE: Out-of-Network benefits LIMITED. Refer to the Covered Charges section | Subject to the Hospital Inpatient Copayment; waived if admission immediately preceded by inpatient hospitalization | Deductible/Coinsurance |
| Skilled Nursing Center NOTE: Out-of-Network benefits LIMITED. Refer to the Covered Charges section | $0 Copayment | Deductible/Coinsurance |
| Non-Biologically Based Mental Illness and Substance Abuse | **Inpatient:** $75 Copayment/day; maximum/admission $375; maximum/Calendar Year $750; Maximum 30 days/Calendar Year | Deductible/Coinsurance<br>**Inpatient:** Maximum 30 days/Calendar Year |
| | **Outpatient:** $5 Copayment/ visit; Maximum 20 visits/Calendar Year. Refer to the Covered Services and Supplies section for an explanation of the rules for exchange | **Outpatient:** Maximum 20 visits/Calendar Year. Refer to the Covered Charges with Special Limitations Applicable to Out-of-Network Benefits section for an explanation of the rules for exchange |
| Biologically-Based Mental Illness and Alcohol Abuse<br>Outpatient | $5 Copayment/visit | Deductible/Coinsurance |
| Inpatient | $75 Copayment/day; maximum/admission $375; maximum/Calendar Year $750 | Deductible/Coinsurance |

| SERVICES | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Therapeutic Manipulation: Limited Benefit. Refer to the Covered Services and Supplies and Covered Charges sections | $5 Copayment / visit | Deductible/Coinsurance |
| Prescription Drugs | $5 Copayment per prescription; | Deductible/Coinsurance |
| Home Health Care | Covered; $0 Copayment | Deductible/Coinsurance; Subject to Pre-Approval |
| Hospice Care | Covered; $0 Copayment | Deductible/Coinsurance; Subject to Pre-Approval |
| Podiatric Care | $5 Copayment / visit | Deductible/Coinsurance |

**NOTE: NO IN-NETWORK SERVICES OR SUPPLIES WILL BE PROVIDED IF A MEMBER FAILS TO OBTAIN PRE-AUTHORIZATION OF CARE THROUGH HIS OR HER PRIMARY CARE PHYSICIAN. READ THE MEMBER PROVISIONS CAREFULLY BEFORE OBTAINING MEDICAL CARE, SERVICES OR SUPPLIES. OUT-OF-NETWORK BENEFITS MAY BE PROVIDED, SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT CONCERNING OUT-OF-NETWORK BENEFITS. PLEASE READ THE UTILIZATION REVIEW FEATURES SECTION CAREFULLY. THE UTILIZATION REVIEW FEATURES SECTION CONTAINS A PENALTY FOR NON-COMPLIANCE.**

**REFER TO THE SECTION OF THE CONTRACT CALLED "NON-COVERED SERVICES AND SUPPLIES AND NON-COVERED CHARGES" FOR A LIST OF THE SERVICES AND SUPPLIES AND CHARGES FOR WHICH A MEMBER IS NOT ELIGIBLE.**

**FOR ANY SPECIFIC IN-NETWORK SERVICES AND SUPPLIES WHICH ARE SUBJECT TO LIMITATION, ANY SUCH IN-NETWORK SERVICES OR SUPPLIES THE MEMBER RECEIVES AS A IN-NETWORK SERVICE OR SUPPLY WILL REDUCE THE CORRESPONDING OUT-OF-NETWORK BENEFIT FOR THAT SERVICE OR SUPPLY. SIMILARLY, FOR ANY SPECIFIC OUT-OF-NETWORK BENEFITS WHICH ARE SUBJECT TO LIMITATION, ANY SUCH BENEFITS THE MEMBER RECEIVES AS OUT-OF-NETWORK COVERED CHARGES WILL REDUCE THE CORRESPONDING IN-NETWORK SERVICES AND SUPPLIES AVAILABLE FOR THAT SERVICE OR SUPPLY. THE IN-NETWORK SERVICES AND SUPPLIES SECTION AND THE OUT-OF-NETWORK COVERED CHARGES SECTION CLEARLY IDENTIFY WHICH SERVICES AND SUPPLIES AND COVERED CHARGES ARE AFFECTED BY THIS REDUCTION RULE.**