**DEL MAURO, DIGIAIMO, KNEPPER & HECK**
A Professional Corporation
8 Headquarters Plaza
North Tower
Morristown, New Jersey 07960
(973) 292-2277
Attorneys for Defendant,
The Guardian Life Insurance Company of America

FILED
AUG 12 2002
AT 8:30 _____ M
WILLIAM T WALSH
CLERK

By: _____
Peter J. Heck (PJH-6760)

| | |
|---|---|
| ZEV AND LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL, and on behalf of all others similarly situated, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: Civil Action No. 2:01-cv-4183 (FSH)(SRC) |
| Plaintiffs, | : |
| vs. | : |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, PHYSICIANS HEALTH SERVICES, INC. and PHYSICIANS HEALTH SERVICES OF NEW JERSEY, INC., | : |
| Defendants. | : |

## CIVIL ACTION - CERTIFICATION OF MAILING

I, Dawn M. Slayton, am employed by the law firm of Del Mauro, DiGiaimo, Knepper & Heck, P.C., attorneys for defendant, The Guardian Life Insurance Company of America, in the above-captioned matter.

On August 9, 2002, I served true and accurate copies of the within Legal Memorandum on Behalf of The Guardian Life Insurance Company of America in Support of Motion for Summary Judgment and in Opposition to Plaintiffs' Motion Seeking Leave to File an Amended Pleading, Certification of Peter J. Heck, Esq. on Behalf of The Guardian Life Insurance Company of America in Support of Motion for Summary Judgment and in Opposition to Plaintiffs' Motion Seeking Leave to File an Amended Pleading, and this Certification of Mailing upon the following, via Regular Mail:

Barbara Quackenbos, Esq.
Sills, Cummis, Radin, Tischman,
Epstein & Gross, P.A.
One Riverfront Plaza
Newark, New Jersey 07102
Attorneys for Plaintiffs,
Zev and Linda Wachtel, individually and
on behalf of their minor son, Tory Wachtel,
and on behalf of all others similarly situated

B. John Pendleton, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendants,
Physicians Health Services, Inc. and Physicians
Health Services of New Jersey, Inc.

**With Courtesy Copies to:**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
U.S.P.O. and Courthouse Building
Room 369
P.O. Box 999
Newark, New Jersey 07101-0999

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: August 9, 2002

*Dawn M. Slayton*
Dawn M. Slayton

Guardian\Wachtel\Certification of Mailing 07
4044.104