UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV AND LINDA WACHTEL, individually and on behalf of their minor children, TORY, JESSE and BRETT WACHTEL, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, PHYSICIANS HEALTH SERVICES, INC. and PHYSICIANS HEALTH SERVICES OF NEW JERSEY, INC.,<br><br>Defendants. | Civil Action No. 01-CV-4183 (FSH)(PS)<br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed that the Third Amended Complaint is hereby dismissed without prejudice against Defendant Guardian Life only, without costs to any party.

Dated: March 10, 2004

                                    SILLS CUMMIS, EPSTEIN & GROSS
                                    A Professional Corporation
                                    Attorneys for Plaintiffs

                                    By: _____
                                        Barry M. Epstein (BE-6027)

                                  POMERANTZ HAUDEK BLOCK
                                  GROSSMAN & GROSS

                                  By: _____ (by BME)
                                     D. Brian Hufford (DH-6171)

                                  Co- Counsel for Plaintiffs

"Exh A"

DEL MAURO, DIGIAIMO, KNEPPER & HECK

By: _____
    Steven DelMauro (SD-    )

Counsel for Defendant, Guardian Life

SO ORDERED:

_____
The Hon. Faith S. Hochberg, U.S.D.J.

Date: 3/22/04