FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEV AND LINDA WACHTEL, *et al.*, | ) | Civ. Docket No. 01-4183 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | |
| v. | ) | |
| GUARDIAN LIFE INS. CO., *et al.*, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RENEE MCCOY, individually and on behalf of all others similarly situated, | ) | Civ. Docket No. 03-1801 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | **ORDER** |
| v. | ) | |
| | ) | Date: August 5th, 2004 |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) | |
| Defendants. | ) | |

**HOCHBERG, District Judge:**

This Matter comes before the Court on the Defendants' Motion to Dismiss for failure to exhaust administrative remedies and on Plaintiffs' Motions for class certification; and

The Court having reviewed the briefs and heard oral argument and for the reasons stated in the Opinion accompanying this Order,

**IT IS** on this 5th day of August 2004,

**ORDERED** that the above-captioned matters are consolidated for trial; and it is further

**ORDERED** that the Defendants' Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that the Plaintiffs' Motion for Class Certification is **GRANTED** for the classes defined in the Opinion accompanying this Order; and it is further

**ORDERED** that the Plaintiffs provide the Court with a plan for notification of the class members, pursuant to Fed. R. Civ. P. 23(c) by September 3, 2004; and it is further

**ORDERED** that the Parties are to comply with the Case Management Order also issued on this date.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.