**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

CHAMBERS OF
FAITH S. HOCHBERG
JUDGE

U.S.P.O. & COURTHOUSE
NEWARK, NJ 07101

### LETTER ORDER

January 12, 2006

To: Special Master Wolin
cc: All Counsel of Record

Re:  McCoy v. Health Net, Inc., et. al.
     Civil Action No. 03-1801
     Wachtel, et. al. v. Health Net, Inc., et. al.
     Civil Action No. 01-4183

     I am in receipt of your opinions and charts summarizing your *in camera* review of Privilege Logs 1-11 in this case. I have also received the Defendants' objections to your decision. Please send to chambers, at your earliest convenience, those documents from Privilege Logs 1-11 that you determined did not fall within the settlor exception to the fiduciary exception and thus must be produced. Specifically, please produce all documents that: (1) fall within column 4 of your *in camera* review charts, (2) are marked in that column by an "X" under the word "No," and (3) are marked by an "X" under the word "Yes" in the "Produce?" column.

     The parties shall have until Wednesday January 18, 2006 to propose a method for culling a random sample of no more than 100 of the documents for my review. If I deem it advisable to review a sample of the documents, I will then consider whether to use one of the proposed methods of sampling.

     Thank you in advance.

Very Truly Yours,

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.