**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

)
)
ZEV AND LINDA WACHTEL, *et al.*,      )       Civ. Docket No.  01-4183
)       Hon. Faith S. Hochberg, U.S.D.J.
Plaintiffs      )
)
v.      )
)
GUARDIAN LIFE INS. CO., *et al.*,      )
)
Defendants.      )
_____)

_____

)
)
RENEE MCCOY, individually and on      )
behalf  of all others similarly situated,      )       Civ. Docket No.  03-1801
)       Hon. Faith S. Hochberg, U.S.D.J.
)
Plaintiffs      )       **<u>ORDER</u>**
)
v.      )
)       Date: May 11, 2006
HEALTH NET, INC., HEALTH NET      )
OF THE NORTHEAST, INC., and      )
HEALTH NET OF NEW JERSEY, INC.      )
)
Defendants.      )
_____)

This matter having come before the Court upon Defendants' Objections to the Special

Master's Report and Recommendation concerning documents on Defendants' privilege logs and

upon Defendant Health Net, Inc.'s Motion for Summary Judgement claiming that Health Net,

Inc. is not an ERISA fiduciary; and

for the reasons set forth in the Opinion dated May 11, 2006, and for good cause shown;

and

in light of the extraordinary delays in this case, which are due in large part to discovery

violations found by this Court in its May 5, 2006 Opinion, and in light of the sanctions the

Magistrate Judge has had to order against Defendants in this case for violating her Orders;

**IT IS** on this 11th day of May, 2006,

**ORDERED** that the Special Master's Report and Recommendation is adopted by this

Court; and it is further

**ORDERED** that Defendants shall produce to Plaintiffs all documents on Defendants'

privilege logs numbered 1-11 which the Special Master has determined shall be produced; and it

is further

**ORDERED** that Defendant Health Net, Inc.'s Motion for Summary Judgment that it is

not an ERISA fiduciary is **DENIED**; and it is further

**ORDERED** that any appeal of this Court's decision shall be taken on an expedited basis

to protect the interests of all parties in this litigation and to ensure that the Plaintiffs have the

documents to which they are entitled prior to the start of the trial.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.