UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of all others similarly situated, | : Docket No. 03-CV-1801 (FSH)(PS) |
| Plaintiff, | |
| -against- | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC., | |
| Defendants. | |

| | |
|---|---|
| ZEV and LINDA WACHTEL, individually and on behalf of their minor children, TORY, BRETT and JESSE WACHTEL, and on behalf of all others similarly situated, | :Docket No. 01-CV-4183 (FSH) (PS) |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION** |
| -against- | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC., | |
| Defendants. | |

TO:

Jay H. Calvert, Jr., Esq.  
Robert White, Esq.  
George McLellan, Esq.  
Morgan, Lewis & Bockius  
1701 Market Street  
Philadelphia, PA 19013-2921

Herve Gouraige, Esq.  
Barry Kazan, Esq.  
Richard Davis, Esq.  
Epstein Becker & Green, P.C.  
Two Gateway Center, 12 Floor  
Newark, NJ 07102

John J. Gibbons, Esq.
Kevin McNulty, Esq.
Gibbons DelDeo Dolan Griffinger &
Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Attorneys for Defendants

COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiffs shall apply to the United States District Court of New Jersey, at the United States Post Office & Courthouse Building, Federal Square, Newark, New Jersey 07101, before the Honorable Faith S. Hochberg, U.S.D.J., on a time and date as the Court may direct, at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order to strike privilege logs 37 through 53, and for Fees and Costs for Health Net's Misconduct.

Dated: November 28, 2006

Respectfully submitted,

**SILLS CUMMIS EPSTEIN & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By: _____
Barry M. Epstein

_____
Barbara Gail Quackenbos

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**
100 Park Avenue
New York, New York 10017
(212) 661-1100

By: _____

2

D. Brian Hufford

**THE CUNEO LAW GROUP, P.C.**

**THE ALPERT LAW FIRM**

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

BARBARA G. QUACKENBOS, of full age, certifies and states as follows:

1. I am Of Counsel to the law firm of Sills Cummis Epstein & Gross P.C., co-counsel for the Plaintiffs in the above matter.

2. On this date, I caused a copy of the Notice of Motion to Strike Privilege Logs 37-53 and for fees and costs for Health Net's misconduct and proposed Order on the following attorneys for the Defendants by email addressed to:

| | |
|---|---|
| Herve Gouraige, Esq. | Jay H. Calvert, Jr., Esq. |
| Barry Kazan, Esq. | James Del Bello, Esq. |
| Richard Davis, Esq. | Robert White, Esq. |
| Epstein Becker & Green, P.C. | George McClellan, Esq. |
| Two Gateway Center, 12 Floor | Morgan, Lewis & Bockius |
| Newark, NJ 07102 | 1701 Market Street |
| | Philadelphia, PA 19013-2921 |

John J. Gibbons, Esq.
Kevin McNulty, Esq.
Gibbons DelDeo Dolan Griffiner &
Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Attorneys for Defendants

4. I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 28, 2006

By: _____
Barbara Gail Quackenbos

4