**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ZEV AND LINDA WACHTEL, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>HEALTH NET, INC., HEALTH NET<br>OF THE NORTHEAST, INC., and<br>HEALTH NET OF NEW JERSEY, INC.<br><br>Defendants. | Civ. Docket No. 01-4183<br>Hon. Faith S. Hochberg, U.S.D.J. |
| RENEE MCCOY, individually and on<br>behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>HEALTH NET, INC., HEALTH NET<br>OF THE NORTHEAST, INC., and<br>HEALTH NET OF NEW JERSEY, INC.<br><br>Defendants. | Civ. Docket No. 03-1801<br>Hon. Faith S. Hochberg, U.S.D.J.<br><br>**ORDER**<br><br>Date: January 3, 2007 |

This matter having come before this Court upon the Court's December 6, 2006 Opinion and Order; and

it appearing that the December 6, 2006 Order ordered that "this Court will appoint a Special Master to monitor the completion of all discovery compliance; and Defendants shall pay the entirety of the Special Master's fees" pursuant to Fed. R. Civ. Pro. 53 because "Defendants'

1

actions have led to a serious disruption in this Court's functioning, and thus this Court finds that the need is clear for help in the form of a separate Special Master to monitor discovery compliance to ensure that all documents ordered to be produced have been produced and that all of the Court's discovery Orders have been complied with," *see* December 6, 2006 Opinion at 61 (emphasis in original); and

it appearing that Fed. R. Civ. Pro. 53(b)(3) states that "[t]he court may enter the order appointing a master only after the master has filed an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. §455 and, if a ground for disqualification is disclosed, after the parties have consented with the court's approval to waive the disqualification;"

**IT IS** on this 3rd day of January, 2007,

**ORDERED** that this Court shall appoint Cathy Fleming, Esq. of Edwards Angell Palmer & Dodge as a Special Master to monitor the completion of all discovery compliance, pursuant to this Court's December 6, 2006 Opinion and Order, if there is no ground for Ms. Fleming's disqualification from the position under Fed. R. Civ. Pro. 53(b)(3); and it is

**ORDERED** that Ms. Fleming shall submit an affidavit pursuant to Fed. R. Civ. Pro. 53(b)(3) stating whether there is any ground for her disqualification as a Special Master under 28 U.S.C. §455 **by January 10, 2007**; and it is

**ORDERED** that this Court will issue an order outlining the Special Master's specific duties and other information required by Fed. R. Civ. Pro. 53(b)(2) once the requirements of Fed. R. Civ. Pro. 53(b)(3) have been met.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.