**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEV AND LINDA WACHTEL, *et al*., | ) ) | Civ. Docket No.  01-4183 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| RENEE MCCOY, individually and on behalf of all others similarly situated, | ) ) ) ) | Civ. Docket No.  03-1801 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) ) | **ORDER** |
| v. | ) ) | Date: January 8, 2007 |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

This matter having come before this Court upon Defendants' January 5, 2007 Motion for Stay of the January 3, 2007 Order Issued by Magistrate Judge Patty Shwartz; and

it appearing that Defendants' Motion to Stay requests this Court to stay the January 3, 2007 Order entered by Magistrate Judge Shwartz, which directed Defendants to produce the documents required by Magistrate Judge Shwartz's November 15, 2006 Report and

1

Recommendation no later than January 5, 2007; and

it appearing that Defendants also requested in a January 5, 2007 letter to Magistrate Judge Shwartz that Magistrate Judge Shwartz extend the deadline in the January 3, 2007 Order, or in the alternative grant a stay of the January 3, 2007 Order until Defendants' appeal of Magistrate Judge Shwartz's November 15, 2006 Report and Recommendation has been decided by this Court; and

it appearing that Defendants have sought the same relief from both Magistrate Judge Shwartz and this Court; and

it appearing that having different judges evaluate the same application is a waste of judicial resources and could result in inconsistent rulings;

**IT IS** on this 8th day of January, 2007,

**ORDERED** that Defendants' January 5, 2007 Motion for Stay of the January 3, 2007 Order Issued by Magistrate Patty Shwartz [McCoy Docket 638; Wachtel Docket 641] is **DENIED** because Defendants have requested the same relief before Magistrate Judge Shwartz.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.