UNITED STATES DISTRICT COURT
DISTRIT OF NEW JERSEY

---

ZEV and LINDA WACHTEL, et al.,

        Plaintiffs,

v.

HEALTH NET, INC., et al.,

        Defendants.

Civil Action No. 01-4183 (FSH)

---

RENEE McCOY, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

HEALTH NET, INC., et al.,

        Defendants.

Civil Action No. 03-1801 (FSH)

**AFFIDAVIT OF CATHY FLEMING**

---

STATE OF NEW YORK  ):
                             : ss:
COUNTY OF NEW YORK  ):

CATHY FLEMING, being duly sworn, deposes and says:

1.    I am a partner at Edwards Angell Palmer & Dodge, LLP.

2.    I respectfully submit this affidavit pursuant to Fed.R.Civ.P. 53 and the Court's January 3, 2007 order.

3.    I have reviewed 28 U.S.C. 455, and I am not aware of any ground under that statutory provision that would disqualify me from being a Special Master in this matter.

4.    Moreover, at the time I was approached about being a Special Master in this matter, I checked through our firm's conflict system to determine whether there was any type of

conflict that would require disclosure to the Court and the parties, or that would otherwise preclude me from serving as a Special Master. I found no conflict reflected in our system and I am unaware of any conflict.

Cathy Fleming, Esq.
Edwards Angell Palmer & Dodge, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
973-376-7700
888-325-9807 (fax)
cfleming@eapdlaw.com

Sworn to before me on the
9th day of January 2007

CHRISTOPHER B. TURCOTTE
Notary Public, State of New York
No. 02TU5072563
Qualified in New York County
Commission Expires February 3, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ZEV and LINDA WACHTEL, et al.,

        Plaintiffs,

v.

HEALTH NET, INC., et al.,

        Defendants.

Civil Action No. 01-4183 (FSH)

---

RENEE McCOY, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

HEALTH NET, INC., et al.,

        Defendants.

Civil Action No. 03-1801 (FSH)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   ):
                              : ss:
COUNTY OF NEW YORK ):

      Ann Poznanski, being duly sworn, deposes and says:

      1.    I am not a party to this action. I am over the age of 18 years of age and I am employed by Edwards, Angell, Palmer & Dodge, LLP. On January 9, 2007, I served a copy of the Affidavit of Cathy Fleming by regular U.S. Mail upon:

Alfred M. Wolin, Esq.
Saiber Schlesinger Satz & Goldstein
One Gateway Center
Newark, NJ 07102
973-622-3333
amw@saiber.com

**Counsel for Renee McCoy, Zev Wachtel, Linda Wachtel**
Barry M. Epstein, Esq.
Barbara G. Quackenbos, Esq.
Sills Cummis Epstein & Gross
One Riverfront Plaza
Newark, NJ 07102
973-643-7000
bepstein@sillscummis.com
bquackenbos@sillscummis.com

D. Brian Hufford, Esq.
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue
New York, NY 10017
212-661-1100

**Counsel for Health Net, Inc., Health Net of the Northeast, Inc.**
B. John Pendleton, Jr., Esq.
Heather V. Taylor, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973-622-4444
jpendleton@mccarter.com
htaylor@mccarter.com

Herve Gouraige, Esq.
James P. Flynn, Esq.
Epstein Becker & Green
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-642-1900
hgouraige@ebglaw.com
jflynn@ebglaw.com

George W. McClellan, Jr. Esq.
Robert A. White, Esq.
Morgan Lewis & Bockius
502 Carnegie Center
Princeton, NJ 08540
609-919-6600
gmcclellan@morganlewis.com
rwhite@morganlewis.com

John J. Gibbons, Esq.
Kevin McNulty, Esq.
Gibbons Del Deo, Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
jgibbons@gibbonslaw.com
kmcnulty@gibbonslaw.com

_____
Ann K. Poznanski

Sworn to before me this
9th day of January 2007

_____

STUART RADISH
Notary Public, State of New York
No. 01RA6115435
Qualified in New York County
Commission Expires September 7, 2008