**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEV AND LINDA WACHTEL, *et al.*, | ) | Civ. Docket No.  01-4183 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | |
| v. | ) | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RENEE MCCOY, individually and on behalf of all others similarly situated, | ) | Civ. Docket No.  03-1801 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | |
| | ) | **ORDER** |
| v. | ) | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) | Date: February 14, 2007 |
| Defendants. | ) | |

This matter having come before this Court upon the Court's December 6, 2006 Opinion and Order; the Court's January 3, 2007 Order; and the Court's January 30, 2007 Order Appointing the Special Master; and

it appearing that the Court's January 30, 2007 Order ordered that "Cathy Fleming, Esq. is appointed under Rule 53 as a Special Master for the purpose of serving as a discovery monitor, as

1

described below, and for such other matters the Court may refer to the Special Master" and that "if any party chooses to submit a response to this Order, all letter-briefs shall be less than 5 pages long and must be submitted by February 6, 2007;" and

it appearing that Defendants submitted a February 6, 2007 letter outlining their objections to the January 30, 2007 Order; and

it appearing that the Court finds that Defendants' objections have no merit and that Defendants' repeated and unabated discovery abuses, as outlined in the Court's December 6, 2006 Opinion, have led to the necessity of a discovery monitor; and

it appearing that the Court's December 6, 2006 Opinion states that "Defendants' actions have led to a serious disruption in this Court's functioning, and thus this Court finds that the need is clear for help in the form of a separate Special Master to monitor discovery compliance to ensure that all documents ordered to be produced have been produced and that all of the Court's discovery Orders have been complied with," *see* December 6, 2006 Opinion at 61;

**IT IS** on this 14th day of February, 2007,

**ORDERED** that the Special Master shall follow all Orders in the Court's January 30, 2007 Order Appointing a Special Master; and it is

**ORDERED** that the Special Master may make any inquiry she believes to be necessary in order to perform her duties as outlined in the Court's January 30, 2007 Order; and it is

**ORDERED** that if the Special Master needs technical assistance in reviewing the e-discovery issues in this case, the Special Master may hire an e-discovery expert at Defendants' expense; and it is

**ORDERED** that if the Special Master needs to request additional time to complete her

duties, she shall submit a request for an extension to the Court before the March 30, 2007 deadline, including the reasons for the extension.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.
