**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

                                                    )
ZEV AND LINDA WACHTEL, *et al.*,        )        Civ. Docket No.  01-4183
                                                    )        Hon. Faith S. Hochberg, U.S.D.J.
        Plaintiffs                                )
                                                    )
            v.                                      )
                                                    )
HEALTH NET, INC., HEALTH NET           )
OF THE NORTHEAST, INC., and           )
HEALTH NET OF NEW JERSEY, INC.      )
                                                    )
        Defendants.                            )
_____)

_____

                                                    )
RENEE MCCOY, individually and on      )
behalf  of all others similarly situated,     )        Civ. Docket No.  03-1801
                                                    )        Hon. Faith S. Hochberg, U.S.D.J.
        Plaintiffs                                )
                                                    )        **ORDER**
            v.                                      )
                                                    )
HEALTH NET, INC., HEALTH NET           )        Date:  March 13, 2007
OF THE NORTHEAST, INC., and           )
HEALTH NET OF NEW JERSEY, INC.      )
                                                    )
        Defendants.                            )
_____)

        This matter having come before this Court upon the Court's December 6, 2006 Opinion

and Order; January 3, 2007 Order; January 30, 2007 Order; February 14, 2007 Order; and the

March 1, 2007 and March 12, 2007 letter from Special Master Fleming to this Court; and

        it appearing that Special Master Fleming's March 1, 2007 letter states that she has

changed law firms and is now a Partner at Nixon Peabody, LLP and that she is "unaware of any

conflicts or any other reason why I cannot continue to serve as a Special Discovery Master in this case;" and

it appearing that Defendants' March 2, 2007 letter states that "there are past and current cases in which Nixon Peabody has represented or is representing clients with interests adverse to Health Net, Inc., its predecessor or subsidiary entities" and that "Defendants are willing to waive the conflict provided that you and anyone working with you throughout your appointment on this matter in your capacity as Special Master are screened and remain screened from any matter in which Nixon Peabody or any of its lawyers represents any clients with interests adverse to Health Net;" and

it appearing that Plaintiffs have no objection to Ms. Fleming continuing to serve as a Special Master in this case, *see* Ms. Fleming's March 12, 2007 Affidavit; and

it appearing that Special Master Fleming's March 12, 2007 Affidavit states that "we have instituted a screening mechanism/firewall at Nixon Peabody, which firewall is memorialized in the attached March 9, 2007 memo;"

**IT IS** on this 13th day of March, 2007,

**ORDERED** that Cathy Fleming shall continue as Special Master in this case as set forth in the Court's January 30, 2007 Order and February 14, 2007 Order.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.