

## NIXON PEABODY LLP
### ATTORNEYS AT LAW

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Cathy Fleming
Direct Dial: (212) 940-3783
Direct Fax: (866) 403-7673
E-Mail: cafleming@nixonpeabody.com

May 14, 2007

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE:  McCoy v. Health Net, Inc., et al.
     Civil Action No. 03-cv-1801 (FSH)
     Wachtel, et al. v. Health Net, Inc., et al.
     Civil Action No. 01-cv-4183 (FHS)

Dear Judge Hochberg:

I am writing to request a ten day extension from May 15 to May 25, 2007 to submit my report as Special Master in this case. The request is due to my unavailability to work on this matter this week since I am actively trying an arbitration in Boston, Massachusetts.

The testimony in this matter has concluded. The parties made their final written submissions to me on Friday, May 11, 2007. All that is left to be done is for me to review the materials and draft my report. Unfortunately, I have been involved in this arbitration in Boston and needed the weekend to work on the arbitration. I am hopeful that the arbitration will conclude this week, but am requesting the extension until next week, May 25, 2007 to make sure I have adequate time to prepare my report.

Both parties have consented to my request for an adjournment to submit my Special Master Report. Accordingly, I respectfully request that my Special Master Report be submitted on or before May 25, 2007.

10359685.1

I am currently in Boston but reachable through my office.

                                      Respectfully submitted,

                                      Cathy Fleming

(Dictated but not read)

cc:  Hon. Patty Shwartz

(by email)
Barry M. Epstein Esq.
Barbara G. Quackenbos Esq.
Sills Cummis Epstein & Gross

Jay Calvert Jr. Esq.
James DelBello Esq.
Colleen Meehan Esq.
Robert White Esq.
George McClellan Esq.
Morgan Lewis & Bockius, LLP

Herve Gouraige Esq.
Barry Kazan Esq.
Richard David Esq.
Epstein Becker & Green

John Gibbons Esq.
Kevin McNulty Esq.
Gibbons Del Deo

D. Brian Hufford Esq.
Robert Axelrod Esq.
Pomerantz Haudek Block Grossman & Gross

Jonathan Alpert Esq.
The Alpert Law Firm

Dave Stanley Esq.
The Cueno Law Group