

# NIXON PEABODY LLP
ATTORNEYS AT LAW

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Cathy Fleming
Direct Dial: (212) 940-3783
Direct Fax: (866) 403-7673
E-Mail: cafleming@nixonpeabody.com

May 25, 2007

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE: McCoy v. Health Net, Inc., et al.
Civil Action No. 03-cv-1801 (FSH)
Wachtel, et al. v. Health Net, Inc., et al.
<u>Civil Action No. 01-cv-4183 (FHS)</u>

Dear Judge Hochberg:

My Special Master report is due to be filed with the Court today. Unfortunately, I need to request a few extra days to submit the report. As the Court is aware, I was actively in trial for several weeks this month which wreaked havoc with my schedule. I have been working diligently on the report but because I have need to review sections of the record, it has taken longer than I anticipated. I have already notified counsel for the parties that I intend to ask the Court to extend my date for filing to Thursday, May 31, 2007. I need the extra business days to make sure that the report can be typed; unfortunately I have obligations on Tuesday and Wednesday out of state so I am trying to factor in proofreading time after the long weekend.

I have apologized to the parties and apologized to the Court for seeking additional time.

Respectfully submitted,

Cathy Fleming

cc: Hon. Patty Shwartz

10359685.1

(by email)
Barry M. Epstein Esq.
Barbara G. Quackenbos Esq.
Sills Cummis Epstein & Gross

Jay Calvert Jr. Esq.
James DelBello Esq.
Colleen Meehan Esq.
Robert White Esq.
George McClellan Esq.
Morgan Lewis & Bockius, LLP

Herve Gouraige Esq.
Barry Kazan Esq.
Richard David Esq.
Epstein Becker & Green

John Gibbons Esq.
Kevin McNulty Esq.
Gibbons Del Deo

D. Brian Hufford Esq.
Robert Axelrod Esq.
Pomerantz Haudek Block Grossman & Gross

Jonathan Alpert Esq.
The Alpert Law Firm

Dave Stanley Esq.
The Cueno Law Group