**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZEV AND LINDA WACHTEL, *et al.*, | ) ) | Civ. Docket No.   01-4183 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| RENEE MCCOY, individually and on behalf of all others similarly situated, | ) ) ) | Civ. Docket No.   03-1801 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) ) | **ORDER** |
| v. | ) ) | Date: May 29, 2007 |
| HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

This matter coming before this Court upon Special Master Cathy Fleming's May 25, 2007 Letter to this Court requesting an extension until May 31, 2007 to submit her final report;

**IT IS** on this 29th day of May, 2007,

**ORDERED** that the Special Master Fleming may submit her final report by May 31, 2007.

1

/s/ Faith S. Hochberg

Hon. Faith S. Hochberg, U.S.D.J.