**NOT FOR PUBLICATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

|  |  |  |
|---|---|---|
| ZEV AND LINDA WACHTEL, *et al*., | ) | Civ. Docket No.  01-4183 |
|  | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HEALTH NET, INC., HEALTH NET | ) |  |
| OF THE NORTHEAST, INC., and | ) |  |
| HEALTH NET OF NEW JERSEY, INC. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

_____

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| RENEE MCCOY, individually and on | ) |  |
| behalf  of all others similarly situated, | ) | Civ. Docket No.  03-1801 |
|  | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) |  |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) | Date: June 19, 2007 |
| HEALTH NET, INC., HEALTH NET | ) |  |
| OF THE NORTHEAST, INC., and | ) |  |
| HEALTH NET OF NEW JERSEY, INC. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

_____

This matter coming before this Court upon the Court's December 6, 2006 Opinion and

Order; Plaintiffs' December 18, 2006 and January 9, 2007 Fee Application; Plaintiffs' May 4,

2007 submission pursuant to this Court's April 27, 2007 Order; Plaintiffs' May 10, 2007

submission pursuant to this Court's May 8, 2007 Order; and Health Net's December 28, 2006

and January 18, 2007 response briefs; and

for the reasons set forth in this Court's Opinion of June 19, 2007;

**IT IS** on this 19th day of June, 2007,

**ORDERED** that Plaintiffs' Motion to Supplement Prior Fee Request Pursuant to the Court's December 6, 2006 Order [*Wachtel* Docket No. 647; *McCoy* Docket No. 643] is **GRANTED IN PART**; and it is

**ORDERED** that the Court's December 6, 2006 Opinion and Order are incorporated by reference; and it is

**ORDERED** that Defendants shall pay **by July 3, 2007** the following amounts to recompense attorneys' fees and expenses:

Plaintiffs' Attorney Jonathan Alpert:  $32,165.00 in attorney's fees for work through December 6, 2006;

Plaintiffs' Attorney Pomerantz Haudek Block Grossman & Gross:  $1,760,364.00 in attorneys' fees and $18,605.85 in expenses incurred through December 2, 2006, for a total of $1,778,969.85;

Plaintiffs' Attorney Sills Cummis Epstein & Gross:  $4,754,649.00 in attorneys' fees and $158,099.37 in expenses incurred through November 30, 2006, for a total of $4,912,748.37.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.