UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV AND LINDA WACHTEL, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC., et al., <br><br> Defendants. | Civ. Docket No. 01-4183 <br> Hon. Faith S. Hochberg, U.S.D.J. |
| RENEE MCCOY, individually and on behalf of all other similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC. <br><br> Defendants. | Civ. Docket No. 03-1801 <br> Hon. Faith S. Hochberg, U.S.D.J. <br><br> **ORDER PERMITTING SUBSTITUTION OF PLAINTIFFS' COUNSEL** |

This matter having been opened to the Court upon the consents of plaintiffs' counsel; and defendants having no opposition; and for good cause shown;

IT IS on this 23rd day of July, 2007 ordered that:

1. Sills Cummis Epstein & Gross P.C. shall be and hereby is relieved as counsel, including as co-lead counsel, for plaintiffs in the above matter.

2. Wilentz Goldman & Spitzer shall be and hereby is permitted to be substituted as co-lead counsel for plaintiffs in the above matter.

3. Pomerantz Haudek Block Grossman & Gross LLP shall continue to be co-lead counsel for plaintiffs in the above matter.

Consent is hereby given
As to form and entry:

WITHDRAWING FIRM
SILLS CUMMIS EPSTEIN & GROSS P.C.

By: _____
    A Member of the Firm

SUBSTITUTING FIRM

WILENTZ GOLDMAN & SPITZER

By: _____
    A Member of the Firm

LITIGATING ATTORNEY AT
WITHDRAWING FIRM AND AT
SUBSTITUTING FIRM

By: _____
    Barry M. Epstein

CO-COUNSEL FOR PLAINTIFFS
POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP

By: _____
    A Member of the Firm

So Ordered:

_____
Faith S. Hochberg, U.S.D.J.