**EPSTEIN BECKER & GREEN, P.C.**
Two Gateway Center
Newark, New Jersey 07102
(973) 642-0900
Attorneys for Defendants Health Net, Inc.,
Health Net of the Northeast, Inc., and
Health Net of New Jersey, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC.,<br><br>Defendants. | Civil Action No. 03-cv-1801 (FSH)(PS) |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor children, TORY, JESSE, and BRETT WACHTEL, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW JERSEY, INC.,<br><br>Defendants. | Civil Action No. 01-cv-4183(FSH)(PS)<br><br><br>**ORDER** ON<br>INFORMAL APPLICATION |

THIS MATTER having come before the Court upon the application of Defendants Health Net, Inc., Health Net of the Northeast, Inc., and Health Net of New Jersey, Inc. (collectively "Defendants"), dated April 25, 2008, by and through their attorneys, Epstein Becker & Green, P.C. and Morgan Lewis & Bockius, LLP, for termination of the monthly certifications obligation placed upon Defendants

NE:335998v1

and their related entities under Orders of February 16, 2005, March 1, 2005, and August 15, 2005 (collectively the "Sanctions Order");

And it appearing that Plaintiffs have consented to this application;

And it appearing that an Order granting preliminary approval of the parties' Settlement Agreement has been entered by the Hon. Faith S. Hochberg, U.S.D.J.;

And the Court having considered the papers submitted, and for good cause shown;

It is on this 28th day of April, 2008;

**ORDERED** that Defendants' application is hereby **GRANTED**, and the monthly certifications obligation placed upon Defendants and their related entities under the above-referenced Orders is hereby **TERMINATED**.

_____
Honorable Patty Shwartz, U.S.M.J.