NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of others similarly situated, | Hon. Faith S. Hochberg, U.S.D.J. |
| | Civil Case No. 03-1801 |
| Plaintiff, | |
| | **OPINION & ORDER** |
| v. | |
| | Date: May 31, 2013 |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor children, TORY, JESSE, and BRETT WACHTEL, and on behalf of others similarly situated, | Civil Case No. 01-4183 (FSH) |
| Plaintiffs, | |
| v. | |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |
| STEWART SCHARFMAN, *et al.*, | |
| Plaintiffs, | Civil Case No. 05-0301 (FSH) |
| v. | |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon the hearing held in this matter on May

1

29, 2013, and

it appearing that in the Final Order and Judgment Approving the Proposed Settlement [Docket No. 870],[1] this Court retained jurisdiction over the Settlement and Settlement Agreement, including the administration and consummation of the Settlement; and

it appearing that Class Counsel's certification of March 8, 2013, makes clear that no distributions have been made from the Cash Settlement Fund to authorized Group A Claimants to date [Docket No. 885]; and

for the reasons stated on the record of the hearing of May 29, 2013,

**IT IS** on this 31st day of May, 2013,

**ORDERED** that there is to be forthwith a partial distribution of the Cash Settlement Fund in the amount of 50% or greater. Parties are to inform the Court when that distribution takes place.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.

---

[1] All docket numbers refer to the *McCoy v. HealthNet* docket, 3-1801.