UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
RENEE McCOY, individually and on : Docket No. 03-CV-1801 (FSH) (PS)
behalf of all others similarly situated, :
                                   Plaintiff, :
   :
      -against- :
   :
HEALTH NET, INC., HEALTH NET OF THE :
NORTHEAST, INC. and HEALTH NET OF :
NEW JERSEY, INC., :
                                  Defendants. :
_____:
ZEV and LINDA WACHTEL, individually : Docket No. 01-CV-4183 (FSH) (PS)
and on behalf of their minor children, TORY, :
BRETT AND JESSE WACHTEL, :
and on behalf of all others similarly situated, :
                                  Plaintiffs, :
   :
      -against- :
   :
HEALTH NET, INC., HEALTH NET OF THE :
NORTHEAST, INC. and HEALTH NET OF :
NEW JERSEY, INC., :
                                  Defendants :
_____:

|  |  |
|---|---|
| STEWART SCHARFMAN, individually and as executor of the estate of his son, Spenser Scharfman, ZEV and LINDA WACHTEL, individually and on behalf of their children, Tory, Jesse and Brett Wachtel, RENEE MCCOY, individually and on behalf of all others similar situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC., HEALTH NET OF NEW YORK, INC. and HEALTH NET LIFE INSURANCE CO., INC.,<br><br>     Defendants. | Civ. Docket No. 2:05-cv-0301<br>Hon. Faith S. Hochberg, U.S.D.J.<br><br><br><br><br><br><br><br><br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF SPECIAL MASTER PAUL H. ZOUBEK, ESQ. AS SUBMITTED** |

THIS MATTER having been opened to the Court by Morgan, Lewis & Bockius, LLP, attorneys for Defendants Health Net, Inc., Health Net of the Northeast, Inc., and Health Net of New Jersey, Inc. (collectively "Health Net"), pursuant to Federal Rule of Civil Procedure 53(f), for an Order adopting the Report and Recommendation of Special Master Paul H. Zoubek, Esq. as submitted, and the Court having reviewed Health Net's submission and any opposition submitted thereto, and good cause appearing therefore;

IT IS on this 30th day of January, 2015,

ORDERED that Health Net's motion (Dkt. No. 899) to adopt the Report and Recommendation of Special Master Paul H. Zoubek, Esq. is **GRANTED**; and it is further

ORDERED that Class Counsel's motion to adopt the Report and Recommendation of Special Master Paul H. Zoubek, Esq. (Dkt. No. 900) is GRANTED; and it is further

ORDERED that the United States District Court for the District of New Jersey hereby adopts the Report and Recommendation of Special Master Paul H. Zoubek, Esq. as submitted.

_____
Hon. Faith S. Hochberg, U.S.D.J.